UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

GUY CARPENTER & COMPANY, LLC and
MARSH & McLENNAN COMPANIES, INC.,

                  Plaintiffs,

    - against -

JULIAN SAMENGO-TURNER, RON WHYTE,
and MARCUS HOPKINS,

                  Defendants.

---------------------------------------------------------------x

Index No: 07 Civ. 3580

**Rule 7.1 Statement**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for plaintiffs Guy Carpenter & Company, LLC, formerly Guy Carpenter & Company, Inc., and Marsh & McLennan Companies, Inc. certifies that (a) Guy Carpenter & Company, LLC is an indirect wholly-owned subsidiary of Marsh & McLennan Companies, Inc.; (b) Marsh & McLennan Companies, Inc. does not have a parent corporation; and (c) no publicly held corporation owns more than 10% of the shares of Marsh & McLennan Companies, Inc.

Dated: New York, New York
       May 4, 2007

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                        By: _____
                                             Barry H. Berke (BB-1421)
                                             Robert N. Holtzman (RH-9525)
                                             Rachel M. Manne (RM 7151)
                                       1177 Avenue of the Americas
                                       New York, New York 10036
                                       (212) 715-9100

                                       Attorneys for Plaintiffs

KL3 2589957.2