UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
                    :

GUY CARPENTER & COMPANY, LLC and   :
MARSH & McLENNAN COMPANIES, INC.,   :      07 Civ. 3580 (DC) (KNF)
                    :

         Plaintiffs,       :      **NOTICE OF APPEARANCE**
                    :

        - against -      :

JULIAN SAMENGO-TURNER, RON WHYTE,  :
and MARCUS HOPKINS,         :
                    :

         Defendants.      :
                    :
———————————————————— x

      PLEASE TAKE NOTICE that the undersigned hereby appears in the above-

entitled action as counsel for plaintiffs and demands that copies of all papers hereafter served in

this action be served upon the undersigned at the office and address stated below.

Dated: New York, New York
      May 7, 2007

                KRAMER LEVIN NAFTALIS & FRANKEL LLP

                By:_____ s/ Barry H. Berke _____
                      Barry H. Berke (BB-1421)
                      Robert N. Holtzman (RH-9525)
                      Rachel M. Manne (RM-7151)
                1177 Avenue of the Americas
                New York, New York  10036
                (212) 715-9100

                Attorneys for Plaintiffs

TO:    Elborne Mitchell
       Solicitors
       One America Square
       Crosswall
       London
       EC3N 2PH
       011-44-020-7320-9111

       Attorneys for Defendants

KL3 2589714.1