UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUY CARPENTER & COMPANY, LLC and MARSH & McLENNAN COMPANIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JULIAN SAMENGO-TURNER, RON WHYTE, and MARCUS HOPKINS, <br><br> Defendants. | Case No. 07 – CV- 3580 (DC) <br><br> **APPEARANCE** |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant RON WHYTE. This appearance is without prejudice to, and does not waive or compromise, defendant's right to assert any defense.

I certify that I am admitted to practice in this court.

Dated: May 16, 2007

/s/ *Mark A. Saloman*
Mark A. Saloman (MS 5764)
Proskauer Rose LLP
One Newark Center, 18th Floor
Newark, New Jersey 07102
973.274.3200
(f) 973.274.3299
 &
1585 Broadway
New York, New York 10036-8299
212.969.3000
(f) 212.969.2900