UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUY CARPENTER & COMPANY, LLC and )
MARSH & McLENNAN COMPANIES, INC., )
                                               )  Case No. 07 – CV- 3580 (DC)
     Plaintiffs, )
                                               )
v.                                             )
                                             )  **APPEARANCE**
JULIAN SAMENGO-TURNER, RON )
WHYTE, and MARCUS HOPKINS, )
                                             )
     Defendants. )
                                             )

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant RON WHYTE. This appearance is without prejudice to, and does not waive or compromise, defendant's right to assert any defense.

I certify that I am admitted to practice in this court.

Dated: May 16, 2007

                                                                   /s/ *John P. Barry*
                                                                   John P. Barry (JB 6489)
                                                                   Proskauer Rose LLP
                                                                   One Newark Center, 18th Floor
                                                                   Newark, New Jersey 07102
                                                                   973.274.3200
                                                                   (f) 973.274.3299
                                                                        &
                                                                   1585 Broadway
                                                                   New York, New York 10036-8299
                                                                   212.969.3000
                                                                   (f) 212.969.2900