```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
GUY CARPENTER & COMPANY, LLC and MARSH   :   07 CIV. 3580 (DLC)
& McLENNAN COMPANIES, INC.,              :
                                         :      PRETRIAL
              Plaintiffs,                :   SCHEDULING ORDER
                                         :
      -v-                                :
                                         :
JULIAN SAMENGO-TURNER, RON WHYTE, and    :
MARCUS HOPKINS,                          :
              Defendants.                :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/07

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on May 21, 2007, the following schedule shall govern the further conduct of pretrial proceedings in this case:

    The following motions will be served by the dates indicated below.

    Defendants' motion to dismiss

- Motion served by **May 24, 2007**
- Opposition served by **June 8, 2007**
- Reply served by **June 15, 2007**

    At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED:

Dated:    New York, New York
         May 22, 2007

                                    _____
                                        DENISE COTE
                            United States District Judge