UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUY CARPENTER & COMPANY, LLC and
MARSH & McLENNAN COMPANIES, INC.,

        Plaintiff,

-against-

JULIAN SAMENGO-TURNER, RON
WHYTE, and MARCUS HOPKINS,

        Defendant.

Case No. 07-CV – 3580 (DC)

---

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: John P. Barry

- **Attorney**
    - ■ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:

        JB – 6489.

    - ☐ I am a Pro Hac Vice attorney

    - ☐ I am a Government Agency attorney

- **Law Firm/Government Agency Association**

    From: Epstein Becker & Green PC

    To: Proskauer Rose LLP

    - ■ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    - ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

- **Address:** Proskauer Rose LLP, One Newark Center, Newark, NJ 07102

- **Telephone Number:** 973.274.3200

- **Fax Number:** 973.274.3299

- **E-Mail Address:** jbarry@proskauer.com

Dated: 5/22/07      _/s/ John P. Barry_

7696/39438-002 Current/9694232v1