UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUY CARPENTER & COMPANY, LLC and MARSH & McLENNAN COMPANIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JULIAN SAMENGO-TURNER, RON WHYTE, and MARCUS HOPKINS, <br><br> Defendants. | Case No. 07 – CV- 3580 (DC) <br><br> **NOTICE OF MOTION** <br><br> **(ECF Case)** |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and declarations of Ron Whyte and John P. Barry, with exhibits, defendant Ron Whyte will move this Court, before the Honorable Denise Cote, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, as soon as counsel can be heard, for an order pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing the complaint.

PROSKAUER ROSE LLP

By: /s/ *Mark A. Saloman*
 Mark A. Saloman (MS 5764)
 Proskauer Rose LLP
 One Newark Center, 18th Floor
 Newark, New Jersey 07102
 973.274.3200
 973.274.3299 (Fax)
Dated: May 24, 2007 Attorneys for defendant Ron Whyte