UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUY CARPENTER & COMPANY, LLC and MARSH & McLENNAN COMPANIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JULIAN SAMENGO-TURNER, RON WHYTE, and MARCUS HOPKINS, <br><br> Defendants. | Case No. 07 – CV- 3580 (DC) <br><br> **CERTIFICATE OF SERVICE** <br><br> (ECF Case) |

I, Mark A. Saloman, hereby certify that on the below date, I caused true and correct copies of Defendant Ron Whyte's Notice of Motion To Dismiss Plaintiffs' Complaint Due To Lack Of Personal Jurisdiction And Forum *Non Conveniens*, with its supporting memorandum of law, declarations and exhibits, to be served by e-mail and overnight delivery, as well as by electronic filing in accordance with the Southern District's Local Civil Rules, and/or the Southern District's Procedures for Electronic Case Filing on the following parties:

Robert N. Holtzman, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036

*Counsel for Plaintiff*

Dated:   May 24, 2007
        New York, New York

/s/ *Mark A. Saloman*
Mark A. Saloman (MS 5764)
Proskauer Rose LLP

6473/39438-002 Current/9634343v2