ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
:
GUY CARPENTER & COMPANY, LLC and          :
MARSH & McLENNAN COMPANIES, INC.,         :   07 Civ. 3580 (DC) (KNF)
:
Plaintiffs,      :   **ORDER TO SHOW CAUSE**
:
- against -        :
:
JULIAN SAMENGO-TURNER, RON WHYTE,         :
and MARCUS HOPKINS,                       :
:
Defendants.      :
:
------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/07

Upon review of the complaint of plaintiff Guy Carpenter & Company, LLC and Marsh & McLennan Companies, Inc., the declaration of Robert N. Holtzman, Esq., dated May 15, 2007 with exhibits, and the declaration of Lynsey Mansfield, dated May 10, 2007 with exhibits, the submissions of the defendants, and consideration of the parties' arguments at a May 18, 2007 conference, it is

Ordered that defendants Julian Samengo-Turner, Ron Whyte and Marcus Hopkins show cause before this Court on the ___ day of _____, 2007 at _____, or as soon thereafter as counsel can be heard, in Room 11B, United States Courthouse, 500 Pearl Street, New York, New York, why plaintiffs' motion for expedited relief should not be granted, pursuant to Federal Rules of Civil Procedure 26, 30, 33 and 34;

Ordered that defendants are required to serve any papers in opposition to plaintiffs' motion by ___ on _____, 2007; and that plaintiffs shall serve reply papers in further support of plaintiffs' motion by ___ on _____, 2007; and it is further

Ordered that expedited discovery may proceed on the schedule described at the conference.

Denise Cote
May 24, 2007

KL3 2591492.1