UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/07

---

GUY CARPENTER & COMPANY, LLC and )
MARSH & McLENNAN COMPANIES, INC., )
                                    )
         Plaintiffs,                       )
                                    )
v.                                        )
                                    )
JULIAN SAMENGO-TURNER, RON )
WHYTE, and MARCUS HOPKINS, )
                                    )
         Defendants.                 )
_____ )

Case No. 07 – CV- 3580 (DC)

**ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS**

(ECF Case)

**THIS MATTER** having been brought before the District Court, pursuant to Rules 26(c) and 54(b) of the Federal Rules of Civil Procedure and Local Rule 6.3, on the application of Proskauer Rose LLP, attorneys for Ron Whyte ("Defendant") for an Order requiring Guy Carpenter & Company, LLC and Marsh & McLennan Companies, Inc. ("Plaintiffs") to show cause why all proceedings in this matter should not be stayed until such time as the pending, related proceeding known as <u>Julian Samengo-Turner, Ronald Dennis Whyte, and Marcus Hopkins v. Marsh Services Limited (formerly Marsh Corporate Services Limited and J&H Marsh & McLennan (Services) Limited), Guy Carpenter & Company LCC, and Marsh & McLennan Companies Inc</u>, Claim No. 2007 Folio 945, and filed in the High Court of Justice, Queen's Bench Division, Commercial Court in London is resolved or, in the alternative, why this Court should not reconsider, and vacate, its May 24, 2007 Order or, in the further alternative, why all discovery in this matter should not be stayed until such time as the pending, related proceeding in the High Court of Justice is resolved and the service of process, personal jurisdiction, and forum *non conveniens* challenges are adjudicated by this Court or, in the final alternative, why

this Court should not amend its May 24, 2007 Order to certify the matter appropriate for immediate interlocutory appeal; and the District Court having considered Defendant's memorandum of law and Declaration with annexed exhibits submitted in support of this application, as well as all opposition thereto (if any); and for good cause shown;

IT IS on this __11th__ day of **June, 2007**, *after having heard from all counsel on the record*

**ORDERED** that Plaintiffs shall show cause before The Honorable Denise Cote, U.S.D.J., at the U.S. District Courthouse, 500 Pearl Street, New York, New York on the ___ day of **June, 2007**, at ___ A.M., why an Order should not be entered granting the Defendant's application to stay all proceedings in this matter until such time as the pending, related proceeding in the High Court of Justice is resolved or, in the alternative, for reconsideration and vacation of this Court's May 24, 2007 Order or, in the further alternative, to stay all discovery in this matter until such time as the pending, related proceeding in the High Court of Justice is resolved and the service of process, personal jurisdiction, and forum *non conveniens* challenges are adjudicated by this Court or, in the final alternative, to amend the May 24, 2007 Order to certify the matter appropriate for immediate interlocutory appeal; and

**IT IS FURTHER ORDERED** that, pending the hearing on the return date of the within Order to Show Cause, and until further Order of this Court, all proceedings in this matter, including, but not limited to, operation of the Court's May 24, 2007, be and are hereby temporarily stayed; and

~~IT IS FURTHER~~ **ORDERED** that Plaintiffs shall serve and file any answering affidavits, certifications or briefs in response to Defendant's application on or before June 20, 2007; and Defendant shall serve and file any reply papers on or before June 27, 2007.

                                         **SO ORDERED:**

                                      _____
                                      The Honorable Denise Cote, U.S.D.J.

                                           June 11, 2007