```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
GUY CARPENTER & COMPANY, LLC and MARSH  :
& McLENNAN COMPANIES, INC.,             :
                                        :
                      Plaintiffs,       :   07 Civ. 3580 (DLC)
                                        :
              -v-                       :   ORDER
                                        :
JULIAN SAMENGO-TURNER, RON WHYTE, and   :
MARCUS HOPKINS,                         :
                                        :
                      Defendants.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

As stated on the record at the conference of June 11, 2007, it is hereby

ORDERED that the plaintiffs' submission concerning service of defendants Julian Samengo-Turner and Marcus Hopkins is due no later than **June 12 at 5:00 p.m.** The defendants' response is due no later than **June 13 at noon.**

IT IS FURTHER ORDERED that each side shall submit two courtesy copies to Chambers by the same dates and times.

SO ORDERED:

Dated:   New York, New York
         June 12, 2007

                              _____
                                   DENISE COTE
                              UNITED STATES DISTRICT JUDGE