# EXHIBIT A-5

**4**

Exhibit A   087

# FILE COPY



# CERTIFICATE OF INCORPORATION

# ON CHANGE OF NAME

## Company No.    3053552

The Registrar of Companies for England and Wales hereby certifies that

MARSH CORPORATE SERVICES LIMITED

having by special resolution changed its name, is now incorporated under the name of

MARSH SERVICES LIMITED

Given at Companies House, London, the  2nd April 2002



*C030535521*

Cronland

For The Registrar Of Companies



*C O M P A N I E S   H O U S E*

Exhibit A  088

SPAM 280
N/c
BB 208904

**COMPANIES ACTS**

**WRITTEN RESOLUTION**

**MARSH CORPORATE SERVICES LIMITED**

**COMPANY NO: 3053552**

LONDON
0 2 APR 2002
£80 FEE PAID
COMPANIES
HOUSE

We, the undersigned, being the sole member of the above company, for the time being entitled to receive notice of, attend and vote at General Meetings, hereby pass the following resolution and agree that the said resolution shall for all purposes be as valid and effective as if the same had been passed at a General Meeting of the Company duly convened and held.

"It is RESOLVED that the name of the Company be changed to:

MARSH SERVICES LIMITED."

Signed:        ..........................................................

Marsh UK Group Limited

Dated:        ..........22 March 2002............................

Please send certificate to:

Miss L K McCarthy
Marsh Corporate Services Limited
Sackville House
143-149 Fenchurch Street
London  EC3M 6BN

R:\MELTONH\MCSL\MINUTES\020402.SAM

LD1
COMPANIES HOUSE        0105
02/04/02

# FILE COPY



# CERTIFICATE OF INCORPORATION

# ON CHANGE OF NAME

## Company No.    3053552

The Registrar of Companies for England and Wales hereby certifies that

J&H MARSH & MCLENNAN (SERVICES) LIMITED

having by special resolution changed its name, is now incorporated under the name of

MARSH CORPORATE SERVICES LIMITED

Given at Companies House, London, the  6th May 1999



*C030535525*



*S.Bashar.*

MISS S. BASHAR
For The Registrar Of Companies

COMPANIES HOUSE

Exhibit A   090



3053552

# THE COMPANIES ACT 1985 TO 1989

## COMPANY LIMITED BY SHARES

### SPECIAL RESOLUTION

of

## J&H MARSH & McLENNAN (SERVICES) LIMITED

Passed on 30th April 1999

The following resolution was duly passed as a Special Resolution by a Written Resolution dated 30th April 1999.

### SPECIAL RESOLUTION

That the name of the Company be changed to

MARSH CORPORATE SERVICES LIMITED

on 6th May 1999.

.........................................
Secretary

F:\AMIPRO\MISCDOCS\NAMEWR.SAM

N/C · £870 · ²/q
BB 021458
8/DAY

Exhibit A   091

# FILE COPY



## CERTIFICATE OF INCORPORATION

## ON CHANGE OF NAME

### Company No.  3053552

The Registrar of Companies for England and Wales hereby certifies that

C.T.B. SERVICES LIMITED

having by special resolution changed its name, is now incorporated

under the name of

J&H MARSH & McLENNAN (SERVICES) LIMITED

Given at Companies House, Cardiff, the 1st October 1997

*E. P. Owen*

MRS. E. P. OWEN



*C030535520*

For the Registrar of Companies



*C O M P A N I E S   H O U S E*

HC006B

Exhibit A  092



3053552

THE COMPANIES ACT 1985 TO 1989

COMPANY LIMITED BY SHARES

SPECIAL RESOLUTION

of

C.T.B. SERVICES LIMITED

Passed on 15 September 1997

The following resolution was duly passed as a Special Resolution by a Written
Resolution dated  15  September 1997.

SPECIAL RESOLUTION

That the name of the Company be changed to

J&H MARSH & McLENNAN (SERVICES)
LIMITED

on 1st October 1997.

.......................................
Secretary

H:\AMIPRO\MISCDOCS\NAMCHAN3.SAM

Exhibit A   093

**FILE COPY**



# CERTIFICATE OF INCORPORATION

# ON CHANGE OF NAME

## Company No.    3053552

The Registrar of Companies for England and Wales hereby certifies that

TRUSHELFCO (N0.2094) LIMITED

having by special resolution changed its name, is now incorporated under the name of

C.T.B. Services Limited

Given at Companies House, London, the  3rd August 1995



*C030535522*

**MRS L. MILLS**
For The Registrar Of Companies



*C O M P A N I E S    H O U S E*

Exhibit A   094

1

No: 3053552

LONDON
- 3 AUG 1995
£20 FEE PAID
COMPANIES
HOUSE

<u>THE COMPANIES ACT 1985 (AS AMENDED)</u>

Company limited by shares

——————

RESOLUTION

of

TRUSHELFCO (NO. 2094) LIMITED

——————

At an Extraordinary General Meeting of the above-named Company duly convened and held on 2nd August, 1995 the following resolution was passed as a special resolution:-

RESOLUTION

1.    That the name of the Company be changed to C.T.B. Services Limited.

.......... [signature]

Chairman of the meeting

SJC0141.95D

ONLINE 9197
cJN Ełpol2
Sranić 9 pry

SLAUGHTER AND MAY
35 BASINGHALL STREET
LONDON EC2V 5DE

C.T. Bowring & Co Ltd.
The Bowring Building
Tower Place
London EC3P 3BE
Telephone 071 357 1000

PLW/LKP

# Bowring

2nd August 1995

Department of Trade and Industry
New Companies Section
PO Box 717
Companies House
Crown Way
Cardiff   CF4 3TT

For the Attention of M Lewis Esq

Dear Sirs

**C.T.B. SERVICES LIMITED  (REGISTERED NO. 3053552)**

We can confirm that C.T. Bowring & Co. Limited have no
objection to the proposed change of name of Trushelfco (No.
2094) Limited to C.T.B. Services Limited.

Yours faithfully
for and on behalf of
C.T. Bowring & Co. Limited

P L Wroughton
Chairman

Registered Number 1507274 London
Registered Office as above

Telefax 071 929 2705
Telex 882191
PO Box 145

MARSH &
MCLENNAN
COMPANIES

Exhibit A   096

# FILE COPY



# CERTIFICATE OF INCORPORATION

# OF A PRIVATE LIMITED COMPANY

## Company No.  3053552

The Registrar of Companies for England and Wales hereby certifies that

TRUSHELFCO (N0.2094) LIMITED

is this day incorporated under the Companies Act 1985 as a private

company and that the company is limited.

Given at Companies House, Cardiff, the  5th May 1995



*N03053552A*

MRS. L. PARRY

For the Registrar of Companies



*C O M P A N I E S    H O U S E*

HC007B

Exhibit A   097

# G

**COMPANIES FORM No. 12**

## Statutory Declaration of compliance with requirements on application for registration of a company

# 12

Pursuant to section 12(3) of the Companies Act 1985

Please do not
write in
this margin

To the Registrar of Companies

For official use

For official use

Please complete
legibly, preferably
in black type, or
bold block lettering

Name of company

* Insert full
name of Company

\*    TRUSHELFCO (NO. 2094 ) Limited

I,         ROBERT ARTHUR REEVE

of         35 BASINGHALL STREET

          LONDON EC2V 5DB

† delete as
appropriate

do solemnly and sincerely declare that I am a [~~Solicitor engaged in the formation of the company~~]†/ [person named as director or secretary of the company in the statement delivered to the registrar under section 10(2)]† and that all the requirements of the above Act in respect of the registration of the above company and of matters precedent and incidental to it have been complied with,

And I make this solemn declaration conscientiously believing the same to be true and by virtue of the provisions of the Statutory Declarations Act 1835

Declared at      BARRINGTON HOUSE         Declarant to sign below
              59 GRESHAM STREET

              LONDON EC2V 7JA

the _____ 26th _____ day of _____ April _____

One thousand nine hundred and _____ ninety - five _____

before me _____ 

A Commissioner for Oaths or Notary Public or Justice of the Peace or Solicitor having the powers conferred on a Commissioner for Oaths.

Presentor's name address and reference (if any):

SLAUGHTER AND MAY
35 BASINGHALL STREET
LONDON EC2V 5DB

Ref:  MH/RAR

For official Use
New Companies Section

Post room

KLO    *KGUSKAWC*    502
COMPANIES HOUSE 27/04/95

Jordan & Sons Limited
21 St. Thomas Street, Bristol BS1 6JS

Exhibit A   098

Printed and supplied by

**Jordans**

Jordan & Sons Limited
21 St. Thomas Street, Bristol BS1 6JS
Tel: 0272 230600 Telex 449119

# 10

## Statement of first directors and secretary and intended situation of registered office

This form should be completed in black.

| CN | | For official use |
|----|----|----|

Company name *(in full)*        TRUSHELFCO (NO. 2094  ) LIMITED

Registered office of the company on incorporation.

| RO | |
|----|----|

35 BASINGHALL STREET

Post town        LONDON

County/Region

Postcode        EC2V 5DB

If the memorandum is delivered by an agent for the subscribers of the memorandum mark 'X' in the box opposite and give the agent's name and address.

| X |
|---|

|  | Name        SLAUGHTER AND MAY |
|----|----|
| RA | 35 BASINGHALL STREET |

Post town        LONDON

County/Region

Postcode        EC2V 5DB

```
KLO  *KGU8LAWD*  503
COMPANIES HOUSE 27/04/95
```

Number of continuation sheets attached

To whom should Companies House direct any enquiries about the information shown in this form?

SLAUGHTER AND MAY                Ref: MH/RAR

35 BASINGHALL STREET

LONDON                          Postcode  EC2V 5DB

Telephone    071-600-1200       Extension   4685

Page 1

## Company Secretary *(See notes 1 - 5)*

**Name**

*Style/Title — **CS** — TRUSEC LIMITED

Forenames

Surname

*Honours etc

Previous forenames

Previous surname

**Address**

Usual residential address must be given. In the case of a corporation, give the registered or principal office address.

**AD** — 35 BASINGHALL STREET

Post town — LONDON

County/Region

Postcode — EC2V 5DB — Country — ENGLAND

I consent to act as secretary of the company named on page 1

FOR AND ON BEHALF OF
TRUSEC LIMITED

**Consent signature** — Signed.......................... SECRETARY — Date 1 9 APR 1993

SECRETARIES

## Directors *(See notes 1 - 5)*
*Please list directors in alphabetical order.*

**Name**

*Style/Title — **CD** — MR.

Forenames — ROBERT ARTHUR

Surname — REEVE

*Honours etc

Previous forenames

Previous surname

**Address**

Usual residential address must be given. In the case of a corporation, give the registered or principal office address.

**AD** — 6 WELLESFORD CLOSE

Post town — BANSTEAD

County/Region — SURREY

Postcode — SM7 2HL — Country — ENGLAND

Date of birth — **DO** 07 09 31 — Nationality — **NA** BRITISH

Business occupation — **OC** — COMPANY SECRETARY

Other directorships — **OD**

* Voluntary details

I consent to act as director of the company named on page 1

Page 2 — **Consent signature** — Signed — Date 1 9 APR 1993

**Directors** (continued)
*(See notes 1 - 5)*

| | | | |
|---|---|---|---|
| Name | *Style/Title | **CD** | MISS |
| | Forenames | | DRUSILLA CHARLOTTE JANE |
| | Surname | | ROWE |
| | *Honours etc | | |
| | Previous forenames | | |
| | Previous surname | | |

Address

Usual residential address must be given. In the case of a corporation, give the registered or principal office address.

| | | |
|---|---|---|
| **AD** | 51, Moreton Terrace | |
| Post town | London | |
| County/Region | | |
| Postcode | SW1V 2NS | Country ENGLAND |

Date of birth **DO** 2 2 0 4 6 1    Nationality **NA** British

Business occupation **OC** Solicitor

Other directorships **OD**

\* Voluntary details

I consent to act as director of the company named on page 1

**Consent signature**    Signed *Drusilla Rowe*    Date 1 9 APR 1993

---

*Slaughter and May*

Delete if the form is signed by the subscribers.

Signature of agent on behalf of all subscribers    Date 1 9 APR 1993

---

Delete if the form is signed by an agent on behalf of all the subscribers.

All the subscribers must sign either personally or by a person or persons authorised to sign for them.

| Signed | Date |
|---|---|
| Signed | Date |
| Signed | Date |
| Signed | Date |
| Signed | Date |
| Signed | Date |

Page 3

Exhibit A   101



THE COMPANIES ACT 1985 (AS AMENDED)

COMPANY LIMITED BY SHARES

MEMORANDUM OF ASSOCIATION

of

TRUSHELFCO (NO. 2094  ) LIMITED

1.  The name of the Company is "TRUSHELFCO (NO. 2094   ) LIMITED".

2.  The registered office of the Company will be situate in England.

3.  The objects for which the Company is established are:-

(A)  To carry on business as a general commercial company and to carry
     on any trade or business whatsoever.

(B)  To carry on any business, undertaking, transaction or operation
     commonly carried on or undertaken by manufacturers, merchants and
     dealers (both wholesale and retail) in all or any articles of
     commercial and personal use and consumption, importers,
     exporters, shipowners, bankers, factors, capitalists, promoters,
     financiers, real property dealers and investors, concessionaires,
     brokers, contractors, mercantile and general agents, advertising
     agents, publishers, carriers and transporters of all kinds and to
     carry on all or any of the said businesses either together as one
     business or as separate distinct businesses in any part of the
     world.

(C)  To acquire and assume for any estate or interest and to take
     options over, construct, develop or exploit any property, real or
     personal, and rights of any kind and the whole or any part of the
     undertaking, assets and liabilities of any person and to act and
     carry on business as a holding company.

(D)  To manufacture, process, import, export, deal in and store any
     goods and other things and to carry on the business of
     manufacturers, processers, importers, exporters and storers of
     and dealers in any goods and other things.

(E)  To acquire and exploit lands, mines and mineral rights and to
     acquire, explore for and exploit any natural resources and to
     carry on any business involving the ownership or possession of
     land or other immovable property or buildings or structures
     thereon and to construct, erect, install, enlarge, alter and
     maintain buildings, plant and machinery and to carry on business
     as builders, contractors and engineers.

631560



(F)  To provide services of all descriptions and to carry on business as advisers, consultants, brokers and agents of any kind.

(G)  To advertise, market and sell the products of the Company and of any other person and to carry on the business of advertisers or advertising agents or of a marketing and selling organisation or of a supplier, wholesaler, retailer, merchant or dealer of any kind.

(H)  To provide technical, cultural, artistic, educational, entertainment or business material, facilities or services and to carry on any business involving any such provision.

(I)  To lend money, and grant or provide credit and financial accommodation, to any person and to deposit money with any person and to carry on the business of a banking, finance or insurance company.

(J)  To invest money of the Company in any investments and to hold, sell or otherwise deal with such investments, and to carry on the business of a property or investment company.

(K)  To acquire and carry on any business carried on by a subsidiary or a holding company of the Company or another subsidiary of a holding company of the Company.

(L)  To enter into any arrangements with any government or authority or person and to obtain from any such government or authority or person any legislation, orders, rights, privileges, franchises and concessions and to carry out exercise and comply with the same.

(M)  To borrow and raise money and accept money on deposit and to secure or discharge any debt or obligation in any manner and in particular (without prejudice to the generality of the foregoing) by mortgages of or charges upon all or any part of the undertaking, property and assets (present and future) and uncalled capital of the Company or by the creation and issue of securities.

(N)  To enter into any guarantee, contract of indemnity or suretyship and in particular (without prejudice to the generality of the foregoing) to guarantee, support or secure, with or without consideration, whether by personal obligation or by mortgaging or charging all or any part of the undertaking, property and assets (present and future) and uncalled capital of the Company or by both such methods or in any other manner, the performance of any obligations or commitments of, and the repayment or payment of the principal amounts of and any premiums, interest, dividends and other moneys payable on or in respect of any securities or liabilities of, any person, including (without prejudice to the generality of the foregoing) any company which is for the time being a subsidiary or a holding company of the Company or another subsidiary of a holding company of the Company or otherwise associated with the Company.

(O) To amalgamate or enter into partnership or any profit-sharing arrangement with, and co-operate or participate in any way with or to take over or assume any obligation of, or to assist or subsidise any person.

(P) To accept, draw, make, create, issue, execute, discount, endorse, negotiate and deal in bills of exchange, promissory notes, and other instruments and securities, whether negotiable or otherwise.

(Q) To apply for and take out, purchase or otherwise acquire any trade and service marks and names, designs, patents, patent rights, inventions and secret processes and to carry on the business of an inventor, designer or research organisation.

(R) To sell, exchange, mortgage, charge, let, grant licences, easements, options, servitudes and other rights over, and in any other manner deal with or dispose of, all or any part of the undertaking, property and assets (present and future) of the Company for any or no consideration and in particular (without prejudice to the generality of the foregoing) for any securities or for a share of profit or a royalty or other periodical or deferred payment.

(S) To issue and allot securities of the Company for cash or in payment or part payment for any real or personal property purchased or otherwise acquired by the Company or any services rendered to the Company or as security for any obligation or amount (even if less than the nominal amount of such securities) or for any other purpose.

(T) To give any remuneration or other compensation or reward for services rendered or to be rendered in placing or procuring subscriptions of, or otherwise assisting in the issue of any securities of the Company or in or about the formation of the Company or the conduct or course of its business, and to establish or promote, or concur or participate in establishing or promoting, any company, fund or trust and to subscribe for, underwrite, purchase or otherwise acquire securities of any company, fund or trust and to carry on the business of company, fund, trust or business promoters or managers and of underwriters or dealers in securities, and to act as director of and as secretary, manager, registrar or transfer agent for any other company and to act as trustee of any kind and to undertake and execute any trust and any trust business (including the business of acting as trustee under wills and settlements and as executor and administrator).

(U) To pay all the costs, charges and expenses preliminary or incidental to the promotion, formation, establishment and incorporation of the Company, and to procure the registration or incorporation of the Company in or under the laws of any place outside England.

(V)  To grant or procure the grant of donations gratuities, pensions, annuities, allowances, or other benefits, including benefits on death to any directors, officers or employees or former directors, officers or employees of the Company or any company which at any time is or was a subsidiary or a holding company of the Company or another subsidiary of a holding company of the Company or otherwise associated with the Company or of any predecessor in business of any of them, and to the relations, connections or dependants of any such persons, and to other persons whose service or services have directly or indirectly been of benefit to the Company or whom the Board of Directors of the Company considers have any moral claim on the Company or to their relations, connections or dependants, and to establish or support any funds, trusts, insurances or schemes or any associations, institutions, clubs, schools, building and housing schemes, funds and trusts, and to make payments towards insurances or other arrangements likely to benefit any such persons or otherwise advance the interests of the Company or of its Members, and to subscribe, guarantee or pay money for any purpose likely, directly or indirectly, to further the interests of the Company or of its Members or for any national, charitable, benevolent, educational, social, public, general or useful object.

(W)  To cease carrying on or wind up any business or activity of the Company, and to cancel any registration of and to wind up or procure the dissolution of the Company in any state or territory.

(X)  To distribute any of the property of the Company among its creditors and Members in specie or kind.

(Y)  To do all or any of the things or matters aforesaid in any part of the world and either as principals, agents, contractors, trustees or otherwise and by or through trustees, agents or otherwise and either alone or in conjunction with others.

(Z)  To carry on any other business or activity and do anything of any nature which in the opinion of the Board of Directors of the Company is or may be capable of being conveniently carried on or done in connection with the above, or likely directly or indirectly to enhance the value of or render more profitable all or any part of the Company's undertaking property or assets or otherwise to advance the interests of the Company or of its Members.

(AA) To do all such other things as in the opinion of the Board of Directors of the Company are or may be incidental or conducive to the attainment of the above objects or any of them.

And it is hereby declared that "company" in this clause, except where used in reference to this Company, shall include any partnership or other body of persons, whether incorporated or not incorporated, and whether formed, incorporated, domiciled or resident in the United Kingdom or elsewhere, "person" shall include any company as well as

any other legal or natural person, "securities" shall include any fully, partly or nil paid or no par value share, stock, unit, debenture, debenture or loan stock, deposit receipt, bill, note, warrant, coupon, right to subscribe or convert, or similar right or obligation, "and" and "or" shall mean "and/or" where the context so permits, "other" and "otherwise" shall not be construed ejusdem generis where a wider construction is possible, and the objects specified in the different paragraphs of this clause shall not, except where the context expressly so requires, be in any way limited or restricted by reference to or inference from the terms of any other paragraph or the name of the Company or the nature of any business carried on by the Company, but may be carried out in as full and ample a manner and shall be construed in as wide a sense as if each of the said paragraphs defined the objects of a separate, distinct and independent company.

4.    The liability of the Members is limited.

5.    The share capital of the Company is £100 divided into 100 Shares of £1 each, and the Company shall have the power to divide the original or any increased capital into several classes, and to attach thereto any preferential, deferred, qualified or other special rights, privileges, restrictions or conditions.

We, the several persons whose names and addresses are subscribed, are desirous of being formed into a company, in pursuance of the Memorandum of Association, and we respectively agree to take the number of shares in the capital of the Company set opposite our respective names.

| NAMES, ADDRESSES AND DESCRIPTIONS OF SUBSCRIBERS | Number of Shares taken by each Subscriber |
|---|---|

For and on behalf of
TRUCIDATOR NOMINEES LIMITED,
    35 Basinghall Street,
        London EC2V 5DB            One

R.A. REEVE

Authorised Signatory


For and on behalf of
TREXCO LIMITED,
    35 Basinghall Street,
        London EC2V 5DB            One

D.C.J. ROWE

Authorised Signatory


DATED the *19th* of *APRIL* , 1995.

WITNESS to the above signatures:-

        R.H. Smith
      35 Basinghall Street,
        London EC2V 5DB

ARTICLES OF ASSOCIATION

of

TRUSHELFCO (NO.2094) LIMITED

## Adoption of Table A

1.   In these articles "Table A" means Table A scheduled to the
Companies (Tables A to F) Regulations 1985 as amended prior to the
date of incorporation of the company.  The regulations contained in
Table A shall, except where they are excluded or modified by these
articles, apply to the company and, together with these articles,
shall constitute the articles of the company.  No other regulations
set out in any statute concerning companies, or in any statutory
instrument or other subordinate legislation made under any statute,
shall apply as the regulations or articles of the company.

## Interpretation

2.   Words and expressions which bear particular meanings in Table A
shall bear the same meanings in these articles.  References in these
articles to writing include references to any method of representing
or reproducing words in a legible and non-transitory form.  Headings
are for convenience only and shall not affect construction.  If, and
for so long as, the company has only one member, these articles shall
(in the absence of any express provision to the contrary) apply with
such modification as may be necessary in relation to such a company.

## Rights attached to shares

3.   Subject to the provisions of the Act and to any rights conferred
on the holders of any other shares, any share may be issued with or
have attached to it such rights and restrictions as the company may by
ordinary resolution decide or, if no such resolution has been passed
or so far as the resolution does not make specific provision, as the
directors may decide.  Regulation 2 of Table A shall not apply.

## Unissued shares

4.   Subject to the provisions of the Act and to these articles, any
unissued shares of the company (whether forming part of the original
or any increased capital) shall be at the disposal of the directors
who may offer, allot, grant options over or otherwise dispose of them
to such persons at such times and for such consideration and upon such
terms and conditions as they may determine.

## Initial authority to issue relevant securities

5.   Subject to any direction to the contrary which may be given by
the company in general meeting, the directors are unconditionally
authorised to exercise all powers of the company to allot relevant
securities.  The maximum nominal amount of relevant securities that
may be allotted under this authority shall be the nominal amount of
the unissued share capital at the date of incorporation of the company

2

or such other amount as may from time to time be authorised by the company in general meeting.  The authority conferred on the directors by this article shall remain in force for a period of five years from the date of incorporation of the company but may be revoked varied or renewed from time to time by the company in general meeting in accordance with the Act.

Exclusion of pre-emption rights

6.    Section 89(1) of the Act shall not apply to the allotment by the company of any equity security.

Transfer of shares

7.    The instrument of transfer of a subscriber's share which is not fully paid need not be executed by or on behalf of the transferee.  Regulation 23 of Table A shall be modified accordingly.

8.    The directors may, in their absolute discretion and without giving any reason for so doing, decline to register any transfer of any share, whether or not it is a fully paid share.  Regulation 24 of Table A shall be modified accordingly.

Notice of general meetings

9.    Notice of every general meeting shall be given to all members other than any who, under the provisions of these articles or the terms of issue of the shares they hold, are not entitled to receive such notices from the company, and also to the auditors or, if more than one, each of them.  The last sentence of regulation 38 of Table A shall not apply.

Proceedings at General Meetings

10.  For all purposes of these articles apart from when the company has only one member, a general meeting of the company or of the holders of any class of its shares shall be valid and effective for all purposes if one person being a duly authorised representative of two or more corporations each of which is a member entitled to vote upon the business to be transacted is present.  Regulation 40 of Table A shall be modified accordingly.  If, and for so long as, the company has only one member, that member or the proxy for that member or, where that member is a corporation, its duly authorised representative shall be a quorum at any general meeting of the company or of the holders of any class of shares.  Regulation 40 of Table A shall be modified accordingly.

Votes of members

11.  At a general meeting, but subject to any rights or restrictions attached to any shares, on a show of hands every member who (being an individual) is present in person or (being a corporation) is present by a duly authorised representative and every proxy for any member (regardless of the number or the holdings of the members for whom he is a proxy) shall have one vote, and on a poll every member who is

3

present in person or by proxy shall have one vote for every share of
which he is the holder.  Regulation 54 of Table A shall not apply.

## Members may vote when money payable by them

12.  Regulation 57 of Table A shall not apply.

## Delivery of proxies

13. . The instrument appointing a proxy and (if required by the
directors) any authority under which it is executed or a copy of the
authority, certified notarially or in some other manner approved by
the directors, may be delivered to the office (or to such other place
or to such person as may be specified or agreed by the directors)
before the time for holding the meeting or adjourned meeting at which
the person named in the instrument proposes to act or, in case of a
poll taken subsequently to the date of the meeting or adjourned
meeting, before the time appointed for the taking of the poll, and an
instrument of proxy which is not so delivered shall be invalid.  The
directors may at their discretion treat a faxed or other machine made
copy of an instrument appointing a proxy as such an instrument for the
purpose of this article.  Regulation 62 of Table A shall not apply.

## Alternate directors

14.  Any director (other than an alternate director) may appoint any
other director, or any other person who is willing to act, to be an
alternate director and may remove from office an alternate director so
appointed by him.  Regulation 65 of Table A shall not apply.

## Power to provide for employees

15.  The directors may by resolution exercise any power conferred by
the Act to make provision for the benefit of persons employed or
formerly employed by the company or any of its subsidiaries in
connection with the cessation or the transfer to any person of the
whole or part of the undertaking of the company or that subsidiary.

## Power to receive uncalled moneys

16.  The directors may, if they think fit, receive from any member
willing to advance the same all or any part of the moneys uncalled and
remaining unpaid on any shares held by him.

## Delegation of directors' powers

17.  The directors may delegate any of their powers (with power to
sub-delegate) to committees consisting of such person or persons
(whether directors or not) as they think fit.  Regulation 72 of Table
A shall be modified accordingly and references in Table A to a
committee of directors or to a director as a member of such a
committee shall include a committee established under this article or
such person or persons.

4

### Appointment and removal of directors by majority shareholders

18.   Any member holding, or any members holding in aggregate, a
majority in nominal value of such of the issued share capital for the
time being of the company as carries the right of attending and voting
at general meetings of the company may by memorandum in writing signed
by or on behalf of him or them and delivered to the office or tendered
at a meeting of the directors or at a general meeting of the company
at any time and from time to time appoint any person to be a director
(either to fill a vacancy or as an additional director) or remove any
director from office (no matter from whom he was appointed).

### Appointment of directors by board

19.   Without prejudice to the powers conferred by any other article,
any person may be appointed a director by the directors, either to
fill a vacancy or as an additional director.

### No age limit or share qualification

20.   No director shall be required to retire or vacate his office, and
no person shall be ineligible for appointment as a director, by reason
of his having attained any particular age.  No shareholding
qualification for directors shall be required.

### Exclusion of rotation requirements and other provisions

21.   Regulations 73 to 80 (inclusive) and the last sentence of
regulation 84 of Table A shall not apply.

### Disqualification and removal of directors

22.   The office of a director shall be vacated not only upon the
happening of any of the events mentioned in regulation 81 of Table A
but also if he is removed from office pursuant to these articles.
Regulation 81 of Table A shall be modified accordingly.

### Directors' gratuities and pensions

23.   The directors may exercise all the powers of the company to
provide benefits, either by the payment of gratuities or pensions or
by insurance or in any other manner whether similar to the foregoing
or not, for any director or former director or the relations,
connections or dependants of any director or former director who holds
or has held any executive office or employment with the company or
with any body corporate which is or has been a subsidiary of the
company or with a predecessor in business of the company or of any
such body corporate and may contribute to any fund and pay premiums
for the purchase or provision of any such benefit.  No director or
former director shall be accountable to the company or the members for
any benefit provided pursuant to this article and the receipt of any
such benefit shall not disqualify any person from being or becoming a
director of the company.  Regulation 87 of Table A shall not apply.

Exhibit A  111

5

## Notice of board meetings

24.  Notice of a meeting of the directors shall be deemed to be properly given to a director if it is given to him personally or by word of mouth or sent in writing to him at his last known address or any other address given by him to the company for this purpose, or by any other means authorised in writing by the director concerned.  A director absent or intending to be absent from the United Kingdom may request the directors that notices of meetings of the directors shall during his absence be sent in writing to him at an address or to a fax or telex number given by him to the company for this purpose, but if no request is made to the directors it shall not be necessary to give notice of a meeting of the directors to any director who is for the time being absent from the United Kingdom.  A director may waive notice of any meeting either prospectively or retrospectively. Regulation 88 of Table A shall be modified accordingly.

## Participation in board meetings by telephone

25.  All or any of the members of the board or any committee of the board may participate in a meeting of the board or that committee by means of a conference telephone or any communication equipment which allows all persons participating in the meeting to hear each other.  A person so participating shall be deemed to be present in person at the meeting and shall be entitled to vote or be counted in a quorum accordingly.  Such a meeting shall be deemed to take place where the largest group of those participating is assembled, or, if there is no such group, where the chairman of the meeting then is.

## Directors may vote when interested

26.  A director who to his knowledge is in any way, whether directly or indirectly, interested in a contract or proposed contract with the company shall declare the nature of his interest at a meeting of the directors in accordance with the Act.  Subject where applicable to such disclosure, a director shall be entitled to vote in respect of any contract or proposed contract in which he is interested and if he shall do so his vote shall be counted and he shall be taken into account in ascertaining whether a quorum is present.  Regulations 94 and 95 of Table A shall not apply.

## Official seal

27.  The company may exercise all the powers conferred by the Act with regard to having any official seal and such powers shall be vested in the directors.  Subject to the provisions of the Act, any instrument to which an official seal is affixed shall be signed by such persons, if any, as the directors may from time to time determine.

## Notices

28.  Any notice or other document may be served on or delivered to any member by the company either personally, or by sending it by post addressed to the member at his registered address or by fax or telex to a number provided by the member for this purpose, or by leaving it at his registered address addressed to the member, or by any other

6

means authorised in writing by the member concerned.   In the case of joint holders of a share, service or delivery of any notice or other document on or to one of the joint holders shall for all purposes be deemed a sufficient service on or delivery to all the joint holders. Regulation 112 of Table A shall not apply.

<u>Time of service</u>

29.   Any notice or other document, if sent by post, shall be deemed to have been served or delivered twenty four hours after posting and, in proving such service or delivery, it shall be sufficient to prove that the notice or document was properly addressed, stamped and put in the post.   Any notice or other document left at a registered address otherwise than by post, or sent by fax or telex or other instantaneous means of transmission, shall be deemed to have been served or delivered when it was so left or sent.   Regulation 115 of Table A shall not apply.

NAMES, ADDRESSES AND DESCRIPTION OF SUBSCRIBERS

For and on behalf of
TRUCIDATOR NOMINEES LIMITED,
      35 Basinghall Street,
            London EC2V 5DB

R.A. REEVE

Authorised Signatory

For and on behalf of
TREXCO LIMITED,
      35 Basinghall Street,
            London EC2V 5DB

D.C.J. ROWE

Authorised Signatory

DATED the  19th  day of  APRIL  , 1995.

WITNESS to the above signatures:-

R.H. Smith
35 Basinghall Street,
London EC2V 5DB

Exhibit A  114