UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUY CARPENTER & COMPANY, LLC and )
MARSH & McLENNAN COMPANIES, INC., )
                                                         )      Case No. 07 – CV – 3580 (DC)
       Plaintiffs,                             )
                                                         )
v.                                                       )
                                                     )
JULIAN SAMENGO-TURNER, RON      )
WHYTE, and MARCUS HOPKINS,        )
                                                      )
       Defendants.                     )
                                                      )

---

**DEFENDANTS' APPENDIX OF UNPUBLISHED CASES CITED IN THEIR MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO STAY ALL PROCEEDINGS IN THIS CASE OR, ALTERNATIVELY, FOR RECONSIDERATION OF THE COURT'S MAY 24, 2007 ORDER OR TO STAY OPERATION OF THAT ORDER OR, IN THE FURTHER ALTERNATIVE, TO AMEND THE MAY 24 ORDER PURSUANT TO 28 *U.S.C.* §1292(b)**

 

John P. Barry (JB 6489)
Mark A. Saloman (MS 5764)
Proskauer Rose LLP
One Newark Center, 18th Floor
Newark, New Jersey 07102
973.274.3200
973.274.3299 (Fax)

*Attorneys for Ron Whyte*

# Table of Contents

|  | Tab |
|---|---|
| *Advanced Portfolio Technologies, Inc. v. Advanced Portfolio Technologies Ltd.*, No. 94 Civ. 5620 (JFK), 1994 WL 719696 (S.D.N.Y. Dec. 28, 1994) | 1 |
| *Albon v. Naza Motor Trading*, (2007) 2 All E.R. (Comm.) 719, 2007 WL 2907 | 2 |
| *Anti-Monopoly, Inc. v. Hasbro, Inc.*, No. 94 Civ. 2120 (LMM)(AJP), 1996 WL 101277 (S.D.N.Y. Mar. 7, 1996) | 3 |
| *Base Metal Trading LTD v. Russian Aluminum*, 03-7466, 2004 U.S. App. LEXIS 8547 (2d Cir. Apr. 30, 2004) | 4 |
| *Breindel & Ferstendig v. Willis Faber & Dumas Ltd.*, 95 Civ. 7905 (SHS), 1996 U.S. Dist. LEXIS 10432 (S.D.N.Y. July 22, 1996) | 5 |
| *D.A. Elia Constr. Corp. v. U.S. Fid. & Guaranty Co.*, 94-CV-0190E(H), 1997 U.S. Dist. LEXIS 5610 (W.D.N.Y. Apr. 16, 1997) | 6 |
| *Estate of Nunez-Polanco v. Boch Toyota*, Civ. No. 3:03cv2251 (WWE), 2004 U.S. Dist. LEXIS 18411 (D.Conn. July 21, 2004) | 7 |
| EU Council Regulation (EC) No. 44/2001, Sec. 5, Art. 20 | 8 |
| *In re Currency Conversion Fee Antitrust Litig.*, MDL No. 1409 M 21-95, 2002 U.S. Dist. LEXIS 974 (S.D.N.Y. Jan. 22, 2002) | 9 |
| *New York v. Almy Bros., Inc.*, 90-CV-818, 1998 U.S. Dist. LEXIS 5469 (N.D.N.Y. Apr. 15, 1998) | 10 |
| *Port Dock and Stone Corp. v. Oldcastle Northeast, Inc.*, CV 05-4294 (DRH) (ETB), 2006 U.S. Dist. LEXIS 94944 (E.D.N.Y. Mar. 31, 2006) | 11 |
| *Rosecliff, Inc. v. C3, Inc.*, No. 94 Civ. 9104 (JFK), 1995 WL 3024 (S.D.N.Y. Jan. 3, 1995) | 12 |
| *Saab v. Citibank, N.A.*, No. 00 Civ. 6784 (BSJ), 2001 WL 1382577 (S.D.N.Y. Nov. 7, 2001) | 13 |
| *Springer v. Singer*, No. 88 Civ. 2484 (MJL), 1990 U.S. Dist. LEXIS 11862 (S.D.N.Y. Aug. 29, 1990) | 14 |
| *Swithenbank Foods Ltd v. Bowers*, (2002) 2 All E.R. (Comm.) 974 (Q.B.) | 15 |