UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
GUY CARPENTER & COMPANY, LLC and    )
MARSH & McLENNAN COMPANIES, INC.,   )
                                    )   Case No. 07 – CV- 3580 (DC)
         Plaintiffs,                )
                                    )
v.                                  )
                                    )   **CERTIFICATE OF SERVICE**
JULIAN SAMENGO-TURNER, RON          )
WHYTE, and MARCUS HOPKINS,          )
                                    )   (ECF Case)
         Defendants.                )
_____)

     I, Mark A. Saloman, hereby certify that on the below date, I caused true and correct copies of Defendant's Order to Show Cause, pursuant to Local Rule 6.3 and Rules 26(c) and 54(b) of the Federal Rules of Civil Procedure, and memorandum of law and declaration with annexed exhibits submitted in support thereof, to be served by e-mail and overnight delivery, as well as by electronic filing in accordance with the Southern District's Local Civil Rules, and/or the Southern District's Procedures for Electronic Case Filing on the following parties:

Robert N. Holtzman, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
*Counsel for Plaintiff*

Hon. Denise L. Cote U.S.D.J.
U.S. District Court Southern District of New York
U.S. Courthouse, 500 Pearl Street
New York, New York 10007-1312
(*Two Courtesy Copies Via Hand Delivery*)

Dated:   June 6, 2007
        New York, New York

                                            __/s/ *Mark A. Saloman*_____
                                            Mark A. Saloman (MS 5764)
                                            Proskauer Rose LLP