# EXHIBIT 22

|  |  |
|---|---|
| **IN THE COURT OF APPEAL** | **Appeal Ref No** _____ |
| **ON APPEAL FROM** | |
| **THE HIGH COURT OF JUSTICE** | Claim No. 2007 Folio 945 |
| **QUEEN'S BENCH DIVISION** | |
| **COMMERCIAL COURT** | |

[Lord/Lady Justice              ]
[date]

B E T W E E N :

(1) JULIAN SAMENGO-TURNER
(2) RONALD DENNIS WHYTE
(3) MARCUS HOPKINS

Claimants/Appellants

-and-

(1) MARSH SERVICES LIMITED
(Formerly MARSH CORPORATE SERVICES LIMITED
and prior to that J&H MARSH & MCLENNAN (SERVICES) LIMITED)
(2) GUY CARPENTER & COMPANY LCC
(3) MARSH & MCLENNAN COMPANIES INC

Defendants/Respondents to Appeal

---

**[DRAFT] ORDER**

---

**PENAL NOTICE**

IF YOU, MARSH SERVICES LIMITED OR YOU, GUY CARPENTER & COMPANY LLC OR YOU, MARSH & McLENNAN COMPANIES INC DISOBEY THIS ORDER YOU MAY BE HELD IN CONTEMPT OF COURT AND MAY BE IMPRISONED, FINED OR HAVE YOUR ASSETS SEIZED

AND ANY OTHER PERSON WHO KNOW OF THIS ORDER AND DOES ANYTHING WHICH HELPS OR PERMITS THE RESPONDENT TO BREACH THE TERMS OF THIS ORDER MAY ALSO BE HELD TO BE IN CONTEMPT OF COURT AND MAY BE IMPRISONED, FINED OR HAVE THEIR ASSETS SEIZED

UPON the Appellants by their counsel undertaking that, if the Court later finds that this order has caused loss to the Respondents, and decides that the Respondents should be compensated for that loss, the Appellants will comply with any order the Court may make;

IT IS ORDERED THAT:

1    Until judgment is given in the appeal herein, the Respondents be restrained, whether by themselves their agents or otherwise howsoever, from continuing, prosecuting or otherwise taking any steps in the action commenced by the Second and Third Respondents against the Appellants in the United States District Court Southern District of New York (Index Number 07 Civ 3580 -"the US Proceedings"), including in particular taking any steps to enforce

compliance with or seeking sanctions in connection with the orders made in the US Proceedings on 18 May 2007, 11 June 2007 and 12 June 2007.

2    Costs reserved.

Dated this        day of            2007