# EXHIBIT 25

# KRAMER LEVIN NAFTALIS & FRANKEL LLP

ROBERT N. HOLTZMAN
PARTNER
PHONE 212-715-9513
FAX 212-715-8035
RHOLTZMAN@KRAMERLEVIN.COM

May 29, 2007

BY EMAIL AND FEDEX

John P. Barry, Esq.
Proskauer Rose LLP
One Newark Center
18th Floor
Newark, NJ  07102-5211

    Re: Guy Carpenter & Company, LLC v. Samengo-Turner,
       07 Civ. 3580 (DC)

Dear John:

    When we appeared before Judge Cote on May 18, 2007, you raised concerns regarding defendants' availability to appear for depositions in London during the weeks of June 4 and June 11 and the expenses they might incur if compelled to return to London before their extended vacations were concluded; Judge Cote directed us to meet and confer regarding the expense issue. You nonetheless have failed to provide any specific information regarding (a) when those defendants who are traveling outside the United Kingdom are scheduled to return to London or (b) the costs they would incur if they were required to cut short their vacations to appear for depositions in London.

    You have, however, indicated that all three defendants are available in London during the week of June 11 and requested that the depositions proceed during the latter part of that week. Notwithstanding your failure to provide information regarding the defendants' travel plans, we agree to accommodate that request. Enclosed you will find notices of deposition for each of the defendants, with testimony noticed to proceed on June 13, 14, and 15.

    As previously noted, we reject your suggestion that the depositions be limited to two hours each. There is no justification for such a limitation on our inquiry. Plaintiffs are entitled to inquire into all of the factual matters at issue in this action, and you have offered no reasoning that would support a curtailment of the presumed seven hour time limit permitted under the Federal Rules of Civil Procedure. Moreover, cutting short these depositions will virtually assure that defendants will need to give testimony on multiple occasions, significantly increasing the costs to be incurred in connection with those depositions. Such a result is neither efficient nor sensible.

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP

John P. Barry
May 29, 2007
Page 2

On a related note, defendants' responses to plaintiffs' document requests and interrogatories are due this Friday, June 1 at 12:00 noon. Although we believe there can be no confusion on this point, this is to confirm that defendants' telephone records are encompassed within the definition of "document."

Very truly yours,

Robert N. Holtzman

RNH:

Enclosures

cc:   Barry H. Berke, Esq.
      Steven M. Knecht, Esq.
      Aaron S. Fleisher, Esq.

1177 AVENUE OF THE AMERICAS  NEW YORK NY 10036-2714  PHONE 212.715.9100  FAX 212.715.8000  WWW.KRAMERLEVIN.COM
ALSO AT 47 AVENUE HOCHE  75008 PARIS FRANCE
IN ALLIANCE WITH BERWIN LEIGHTON PAISNER: LONDON * BRUSSELS

KL3 2595481.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x
GUY CARPENTER & COMPANY, LLC and       :
MARSH & McLENNAN COMPANIES, INC.,      :
                                        :   07 Civ. 3580 (DC) (KNF)
                    Plaintiffs,         :
                                        :   **NOTICE OF DEPOSITION**
        - against -                     :
                                        :
JULIAN SAMENGO-TURNER, RON WHYTE,       :
and MARCUS HOPKINS,                     :
                                        :
                    Defendants.         :
                                        :
--------------------------------------------------------- x

     PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, plaintiffs Guy Carpenter & Company, LLC, formerly Guy Carpenter & Company, Inc., and Marsh & McLennan Companies, Inc., will take the deposition upon oral examination of defendant Julian Samengo-Turner before an official authorized to administer oaths at the offices of Herbert Smith LLP, Exchange House, Primrose Street, London EC2A 2HS, on June 15, 2007 at 9:30 a.m.

Dated: New York, New York
       May 29, 2007

                                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                                  By: _____
                                                       Barry H. Berke (BB-1421)
                                                       Robert N. Holtzman (RH-9525)
                                                       Steven M. Knecht (SK-8404)
                                                 1177 Avenue of the Americas
                                                 New York, New York 10036
                                                 (212) 715-9100

                                                 Attorneys for Plaintiffs

KL3 2591191.2

- 2 -

To:  John P. Barry, Esq.
     Proskauer Rose LLP
     One Newark Center, 18th Floor
     Newark, NJ 07102
     973-274-6081

     Attorneys for Defendants

KL3 2591191.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

GUY CARPENTER & COMPANY, LLC and
MARSH & McLENNAN COMPANIES, INC.,     :     07 Civ. 3580 (DC) (KNF)

                     Plaintiffs,     :     **NOTICE OF DEPOSITION**

                - against -                           :

JULIAN SAMENGO-TURNER, RON WHYTE,     :
and MARCUS HOPKINS,

                     Defendants.     :

------------------------------------------------------------ x

      PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, plaintiffs Guy Carpenter & Company, LLC, formerly Guy Carpenter & Company, Inc., and Marsh & McLennan Companies, Inc., will take the deposition upon oral examination of defendant Ron Whyte before an official authorized to administer oaths at the offices of Herbert Smith LLP, Exchange House, Primrose Street, London EC2A 2HS, on June 14, 2007 at 9:30 a.m.

Dated: New York, New York
       May 29, 2007

                    KRAMER LEVIN NAFTALIS & FRANKEL LLP

                    By: _____
                        Barry H. Berke (BB-1421)
                        Robert N. Holtzman (RH-9525)
                        Steven M. Knecht (SK-8404)
1177 Avenue of the Americas
New York, New York  10036
(212) 715-9100

Attorneys for Plaintiffs

KL3 2594958.1

To:  John P. Barry, Esq.
 Proskauer Rose LLP
 One Newark Center, 18th Floor
 Newark, NJ 07102
 973-274-6081

 Attorneys for Defendants

KL3 2594958.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x

GUY CARPENTER & COMPANY, LLC and
MARSH & McLENNAN COMPANIES, INC.,

                Plaintiffs,

           - against -

JULIAN SAMENGO-TURNER, RON WHYTE,
and MARCUS HOPKINS,

                Defendants.

--------------------------------------------------------- x

07 Civ. 3580 (DC) (KNF)

**NOTICE OF DEPOSITION**

     PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, plaintiffs Guy Carpenter & Company, LLC, formerly Guy Carpenter & Company, Inc., and Marsh & McLennan Companies, Inc., will take the deposition upon oral examination of defendant Marcus Hopkins before an official authorized to administer oaths at the offices of Herbert Smith LLP, Exchange House, Primrose Street, London EC2A 2HS, on June 13, 2007 at 9:30 a.m.

Dated: New York, New York
       May 29, 2007

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                        By: _____
                                            Barry H. Berke (BB-1421)
                                            Robert N. Holtzman (RH-9525)
                                            Steven M. Knecht (SK-8404)
                                 1177 Avenue of the Americas
                                 New York, New York  10036
                                 (212) 715-9100

                                 Attorneys for Plaintiffs

KL3 2594959.1

-2-

To:   John P. Barry, Esq.
       Proskauer Rose LLP
       One Newark Center, 18th Floor
       Newark, NJ 07102
       973-274-6081

       Attorneys for Defendants

KL3 2594959.1