UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUY CARPENTER & COMPANY, LLC and MARSH & McLENNAN COMPANIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JULIAN SAMENGO-TURNER, RON WHYTE, and MARCUS HOPKINS, <br><br> Defendants. | Case No. 07 – CV- 3580 (DC) |

**DEFENDANT RON WHYTE'S APPENDIX OF UNPUBLISHED CASES CITED IN REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF HIS MOTION TO DISMISS PLAINTIFFS' COMPLAINT DUE TO LACK OF PERSONAL JURISDICTION AND FORUM *NON CONVENIENS*** 

John P. Barry (JB 6489)
Mark A. Saloman (MS 5764)
Proskauer Rose LLP
One Newark Center, 18th Floor
Newark, New Jersey 07102
973.274.3200
973.274.3299 (Fax)

*Attorneys for defendant Ron Whyte*

## **Table of Contents**

|  | Tab |
|---|---|
| *DiChiara v. Ample Faith Invs. Ltd.*, No. 06 Civ. 3838(DLC), 2006 WL 3431197 (S.D.N.Y. Nov. 29, 2006) ............................................................................... | 1 |
| *Hope's Windows, Inc. v. Woodbridge Glass, Inc.*, 04-CV-0378E(Sr) (W.D.N.Y. Dec. 6, 2004) ............................................................................................... | 2 |
| *JSC Surgutneftegaz v. President and Fellows of Harvard College*, No. 04 Civ. 6069(RCC), 2005 WL 1863676 (S.D.N.Y. Aug. 3, 2005) ...................................... | 3 |
| *Zamer v. Diliddo*, No. 97-CV-32S(H), 1997 WL 578753 (W.D.N.Y. Aug. 18, 1997)....... | 4 |