UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUY CARPENTER & COMPANY, LLC and MARSH & McLENNAN COMPANIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JULIAN SAMENGO-TURNER, RON WHYTE, and MARCUS HOPKINS, <br><br> Defendants. | Case No. 07 – CV- 3580 (DC) <br><br> **CERTIFICATE OF SERVICE** <br><br> (ECF Case) |

I, Mark A. Saloman, hereby certify that on the below date, I caused true and correct copies of Defendant Ron Whyte's reply memorandum of law, supporting declaration and exhibits, and appendix to be served by overnight delivery, as well as by electronic filing in accordance with the Southern District's Local Civil Rules, and/or the Southern District's Procedures for Electronic Case Filing on the following parties:

Robert N. Holtzman, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036

*Counsel for Plaintiff*

Dated:   June 15, 2007
         New York, New York

                                         /s/ *Mark A. Saloman*
                                         Mark A. Saloman (MS 5764)
                                         Proskauer Rose LLP

6473/39438-002 Current/9634343v5