UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUY CARPENTER & COMPANY, LLC and MARSH & McLENNAN COMPANIES, INC., <br><br>Plaintiffs,<br><br>v.<br><br>JULIAN SAMENGO-TURNER, RON WHYTE, and MARCUS HOPKINS,<br><br>Defendants. | Case No. 07 – CV- 3580 (DC)<br><br>**APPEARANCE** |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant JULIAN SAMENGO-TURNER. This appearance is without prejudice to, and does not waive or compromise, defendant's right to assert any defense.

I certify that I am admitted to practice in this court.

Dated: June 18, 2007

/s/ *John P. Barry*
John P. Barry (JB 6489)
Proskauer Rose LLP
One Newark Center, 18th Floor
Newark, New Jersey 07102
973.274.3200
(f) 973.274.3299
&
1585 Broadway
New York, New York 10036-8299
212.969.3000
(f) 212.969.2900