**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GUY CARPENTER & COMPANY, LLC and )
MARSH & McLENNAN COMPANIES, INC., )
             )  Case No. 07 – CV- 3580 (DC)
   Plaintiffs,       )
             )
v.             )
             )  **APPEARANCE**
JULIAN SAMENGO-TURNER, RON )
WHYTE, and MARCUS HOPKINS, )
             )
   Defendants.      )
             )

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for defendant JULIAN SAMENGO-

TURNER.  This appearance is without prejudice to, and does not waive or compromise,

defendant's right to assert any defense.

   I certify that I am admitted to practice in this court.


Dated: June 18, 2007         /s/ *Mark A. Saloman*
               Mark A. Saloman (MS 5764)
               Proskauer Rose LLP
               One Newark Center, 18th Floor
               Newark, New Jersey 07102
               973.274.3200
               (f) 973.274.3299
                 &
               1585 Broadway
               New York, New York 10036-8299
               212.969.3000
               (f) 212.969.2900