**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GUY CARPENTER & COMPANY, LLC and <br> MARSH & McLENNAN COMPANIES, INC., <br><br>      Plaintiffs, <br><br> v. <br><br> JULIAN SAMENGO-TURNER, RON <br> WHYTE, and MARCUS HOPKINS, <br><br>      Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )      Case No. 07 – CV- 3580 (DC) <br><br><br> **APPEARANCE** |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant MARCUS HOPKINS. This appearance is without prejudice to, and does not waive or compromise, defendant's right to assert any defense.

I certify that I am admitted to practice in this court.

Dated: June 18, 2007

/s/ *Mark A. Saloman*
Mark A. Saloman (MS 5764)
Proskauer Rose LLP
One Newark Center, 18th Floor
Newark, New Jersey 07102
973.274.3200
(f) 973.274.3299
&
1585 Broadway
New York, New York 10036-8299
212.969.3000
(f) 212.969.2900