UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
GUY CARPENTER & COMPANY, LLC and MARSH  :
& McLENNAN COMPANIES, INC.,            :
                           Plaintiffs,  :      07 Civ. 3580 (DLC)
                                       :
            -v-                         :           ORDER
                                       :
JULIAN SAMENGO-TURNER, RON WHYTE, and   :
MARCUS HOPKINS,                        :
                           Defendants.  :
                                       :
---------------------------------------X

DENISE COTE, District Judge:

    At a conference of May 18, the Court granted the

plaintiffs' request for expedited discovery.  By letter dated

June 6, 2007 and proposed order to show cause, defendant Ron

Whyte ("Whyte") requested that the proceedings in this matter be

stayed, that this Court vacate its expedited discovery order, or

that the Court certify its expedited discovery ruling for

immediate interlocutory appeal.  At a conference of June 11, the

Court denied Whyte's requests to vacate its expedited discovery

order or to stay this action.  It also set a briefing schedule

for Whyte's June 6 application for certification of an appeal.

By letter dated June 26, defendant Whyte has withdrawn his

request for an interlocutory appeal of the Court's ruling on

expedited discovery.  It is hereby

    ORDERED that the Order to Show Cause of June 11 is vacated.

IT IS FURTHER ORDERED that the parties shall confer and present a proposed scheduling order for further proceedings in this action by July 13, 2007.

SO ORDERED:

Dated:    New York, New York
          July 2, 2007

_____
DENISE COTE
United States District Judge

2