UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
GUY CARPENTER & COMPANY, LLC and : 
MARSH & MCLENNAN COMPANIES, INC.,  :   Hon. Denise Cote
:
                   Plaintiffs,  :   Case No.: 07 Civ. 3580 (DC)
   -against-   :
:
JULIAN SAMENGO-TURNER, RON WHYTE, :
and MARCUS HOPKINS,   :
:
                 Defendants.   :
------------------------------------------------------------x

## THE INTEGRO NON-PARTIES' NOTICE OF MOTION TO QUASH OR, IN THE ALTERNATIVE, MODIFY DEPOSITION SUBPOENAS

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the accompanying July 5, 2007 Affidavit of Robert A. Alessi, Esq. (including the exhibits annexed thereto), non-parties Integro USA Inc., Roger Egan and John Clements will move this Court, before the Honorable Denise Cote, at the United States Courthouse, 500 Pearl Street, New York, New York, on July 20, 2007, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an Order, pursuant to Fed. R. Civ. P. 45(c)(3), quashing or, in the alternative, modifying plaintiffs' June 28, 2007 subpoenas seeking the depositions of Messrs. Egan and Clements.

Dated:  New York, New York
        July 5, 2007

                                      CAHILL GORDON & REINDEL LLP

                                      By: _____
                                          Robert A. Alessi (RA 6497)
                                          Jason A. Otto (JO 6943)
                                          Mary Cait Curran (MC 8638)
                                   Eighty Pine Street
                                   New York, New York 10005-1702
                                   Tel.: (212) 701-3000
                                   Fax: (212) 269-5420

                                   Attorneys for Non-Parties Integro USA
                                     Inc., Roger Egan and John Clements

TO:

Robert N. Holtzman, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York  10036

Attorneys for Plaintiffs

John P. Barry, Esq.
Proskauer Rose LLP
One Newark Center
18th Floor
Newark, NJ 07102-5211

Attorneys for Defendants