# EXHIBIT 9

ORIGINAL    *NOTES.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

GUY CARPENTER & COMPANY, LLC and
MARSH & McLENNAN COMPANIES, INC.,          :        07 Civ. 3580 (DC) (KNF)

                                    :

Plaintiffs,          :        **ORDER TO SHOW CAUSE**

                                    :

- against -          :

                                    :

JULIAN SAMENGO-TURNER, RON WHYTE,          :
and MARCUS HOPKINS,

                                    :

Defendants.          :

-------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/07

Upon ~~reading and filing~~ *review of* the complaint of plaintiff Guy Carpenter & Company,

LLC and Marsh & McLennan Companies, Inc., the declaration of Robert N. Holtzman, Esq.,

dated May 15, 2007 with exhibits, and the declaration of Lynsey Mansfield, dated May 10, 2007

with exhibits, ~~it is hereby~~ *the submissions of the defendants, and consideration of the parties'*

*arguments at a May 18, 2007 conference, it is*

Ordered that defendants Julian Samengo-Turner, Ron Whyte and Marcus Hopkins

show cause before this Court on the ___ day of _____, 2007 at _____, or as soon thereafter as

counsel can be heard, in Room 11B, United States Courthouse, 500 Pearl Street, New York, New

York, why plaintiffs' motion for expedited relief should not be granted, pursuant to Federal

Rules of Civil Procedure 26, 30, 33 and 34;

Ordered that defendants are required to serve any papers in opposition to

plaintiffs' motion by ___ on _____, 2007; and that plaintiffs shall serve reply papers in further

support of plaintiffs' motion by ___ on _____, 2007; and it is further

*Ordered that expedited discovery may proceed on the schedule*

*described at the conference.*

*Denise Cote*

*May 24, 2007*

# EXHIBIT 10



## �֍ UBS

**Global Equity Research**

Americas

Insurance, Property & Casualty

Sector Comment

## UBS Investment Research

# Risk Manager Survey

**Chart 1: Percentage of First Place Votes**



■ Nov-05   ■ Nov-06   □ May-07

Source: UBS survey

**30 May 2007**

www.ubs.com/investmentresearch

**Brian Meredith**
Analyst
Brian.Meredith@ubs.com
+1 203 719 2899

## Aon and Willis Continue to Gain Ground

**■ Aon and Willis Continue to Gain Ground on Marsh**

While Marsh was the top ranked broker in our survey of upper middle and large corporate risk managers with 33% of the vote, it continued to lose ground to Aon, Willis and smaller brokers. Aon gained the most ground with 28% of the vote, versus 24% in November.

**■ Accepting Supplemental Commissions May Not Be Wise**

Half of the respondents oppose supplemental commissions. The reputation risk the big three brokers would face accepting supplemental commissions is likely not worth the incremental income. Willis has already benefited some with its public stance against supplemental commissions. Aon and Marsh have not made a decision on them yet.

**■ Employee Turnover Causing Some Concerns**

Half the risk managers experienced a personnel change to their broker service team in the last six months. In several cases, risk managers expressed concern over service quality due to turnover, and in some cases were considering moving business. Marsh was cited most often as having heavy turnover and service issues.

**■ Continue to Prefer AOC and WSH over MMC**

We continue to prefer AOC and WSH over MMC in the insurance brokerage segment given the better revenue and earnings visibility, and lower valuations these stocks possess. We raised our price 2007 and 2008 earnings estimates and price target for AOC.

This report has been prepared by UBS Securities LLC
ANALYST CERTIFICATION AND REQUIRED DISCLOSURES BEGIN ON PAGE 6.
UBS does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Customers of UBS in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.ubs.com/independentresearch or may call +1 877-208-5700 to request a copy of this research.

# Summary and Investment Case

Marsh's reputation as the top broker for upper middle market and large corporate accounts continues to decay, while Aon and Willis continue to improve according to our latest proprietary survey of risk managers. Moreover, we had a decided uptick in the percentage of risk managers that indicated they were considering changing brokers over the next twelve months versus our last survey in November 2006.  As a result, we would expect Aon and Willis to continue to see better organic revenue growth than Marsh in the upper middle and large corporate market over the next six to twelve months. Historically, we have found that changes in sentiment among the big three brokers from our survey has foreshadowed market-share changes.

Since our last survey in November of 2006, Marsh had a strong 4Q06, but retentions slipped in 1Q07 as a result of management changes at its regional offices in the U.S.  While Marsh indicated that retentions were improving in recent months on its 1Q07 conference call, our survey found that several risk managers may change from Marsh, with most of them referring to personnel changes in their service team as the principal reason.

**We continue to prefer Aon and Willis over Marsh with better organic revenue growth and cheaper valuations.**

**Table 1: Broker Organic Revenue Comparison**

|  | 4Q04 | 1Q05 | 2Q05 | 3Q05 | 4Q05 | 1Q06 | 2Q06 | 3Q06 | 4Q06 | 1Q07 | 2Q07E | 3Q07E | 4Q07E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AOC* | 2.0% | -3.0% | 1.0% | 1.0% | 3.0% | 3.0% | 1.7% | 2.7% | 2.5% | 3.0% | 3.0% | 3.4% | 3.4% |
| AJG* | -1.0% | 1.0% | 1.0% | 1.0% | 4.0% | 4.0% | 9.0% | 5.0% | 4.0% | 1.0% | N/A | N/A | N/A |
| BRO | 5.5% | 3.5% | 2.2% | 1.3% | 5.2% | 1.2% | 6.8% | 5.2% | 2.5% | -1.7% | N/A | N/A | N/A |
| HRH* | 3.0% | -2.8% | -1.1% | 0.3% | 0.5% | 2.2% | 7.8% | 3.2% | 4.1% | -0.9% | N/A | N/A | N/A |
| MMC* | 3.0% | -9.3% | -8.4% | -8.7% | -1.8% | 0.0% | -1.4% | 0.5% | 3.7% | -2.0% | 1.4% | 3.2% | 3.2% |
| WSH | 2.9% | 1.5% | 4.5% | 5.6% | 7.9% | 6.0% | 10.0% | 8.0% | 7.0% | 5.6% | 5.7% | 5.4% | 5.2% |
| Composite Average | 2.3% | -0.1% | 0.9% | 1.3% | 2.8% | 2.5% | 5.9% | 4.0% | 4.1% | 1.0% | N/A | N/A | N/A |

* Excludes contingent commissions and Risk Capital Holding for MMC

Source: Company reports, UBS estimates

## Key Findings from Our Survey

■ Aon and Willis generally received good reviews from risk managers who use them while Marsh generated mixed responses with some risk managers speaking highly of their service while others voiced problems due to personnel issues.

■ 19% of respondents indicated that they were considering changing brokers over the next 12 months with the leading reasons being turnover in their broker service teams and service issues.  This is a big uptick from our last survey in November 2006 where one respondent was considering moving. Marsh was the incumbent broker most often in situations where the risk manager indicated they were considering changing brokers.

- We also noticed a trend of some of the smaller brokers having more of an impact on the market, with several risk managers mentioning names like Beecher and Carlson, Lockton, and JLT.

- Turnover remained high with 50% of risk managers saying they had experienced a change in personnel on their service team in the last six months. Changes in personnel handling an account at a broker can lead to service problems and loss of company knowledge. Re-educating a new person on the account can take a lot of time for a risk manager. The turnover at Marsh was noted by a couple of risk managers and in two situation resulted in services issues. We received no comments of this nature about Aon or Willis.

- Supplemental commissions (an alternative to contingent commissions) do not appear to be a good idea for the major insurance brokers. Half of the respondents were against supplemental commissions, with the other half finding them agreeable as long as brokers disclose them. Given the modest potential revenue pick-up from supplemental commissions currently (ACE and AIG are not paying them), in our view the potential backlash from risk managers by accepting them, is not worth the risk. Willis actually received some favorable reviews from risk managers by being public about not accepting them.

## Survey Key Questions and Results

*We surveyed 42 risk managers at both public and private companies with a broad range of industries. We characterize the companies as upper middle to large corporate accounts, with public companies having an average market capitalization of $35 billion.*

**How would you rank the following from an overall quality perspective: Marsh, Aon, Willis, other? Has your opinion changed in the last six to twelve months?**

Marsh *remains* the top broker among risk managers we characterize as upper middle market to large account customers, with 33.3% of the first place votes, followed by Aon with 27.8% and Willis with 22.2%.

However, Marsh's reputation as the leading insurance broker for upper middle and large corporate accounts has progressively slipped—48%, 41%, 33%--in our last two surveys, while Aon and Willis have improved. Aon in particular has seen the biggest improvement in its reputation with 28% of risk managers ranking them first in our current survey up from 24% in our survey in November of 2006 and 14% in November of 2005. Some of Aon's improvement is by default with Marsh's quality declining while Aon was stayed the same. Willis continues to be viewed more favorably by risk managers than its market-share would indicate with 22% of the first place votes. Lastly, while Marsh's 1st place ranking is slipping, it carried the most top 3 votes of all the brokers, indicative of its dominant presence in this market.

Risk Manager Survey  30 May 2007

Table 2: Total # of Votes

|          | 1st Place | 2nd Place | 3rd Place | No Mention |
|----------|-----------|-----------|-----------|------------|
| Marsh    | 12        | 19        | 4         | 7          |
| Aon      | 10        | 10        | 8         | 14         |
| Willis   | 8         | 10        | 10        | 14         |
| Other    | 6         | 6         | 2         | 28         |

Source: UBS survey

Three risk managers had changed there opinion on broker quality in the last couple of months.  Two lowered their rating of Marsh due to service issues and personnel changes.  One was impressed with the service and responsiveness of Willis, which replaced Aon as his top rated broker.

### Are you planning on moving any business to another broker over the next 12 months?

Two respondents were likely to move business (one from Marsh, one from Willis) over the next year due to changes on their broker service team. Moreover, several respondents were considering changing brokers due to service issues, broker diversification, and/or regular RFP (request for proposal) activity. Marsh was the incumbent broker on most situations where a risk manager responded that they might move business in the next twelve months.

Chart 4: Are you planning on moving business to another broker?



Source: UBS survey

### Have there been changes to your service team in the last six months? If so, has it had an impact on your relationship with your broker or the quality of service?

For those who have had service personnel changes, several of them declared this as the single biggest challenge facing the industry.  Brokers are expected to be consultants now according to risk manager, with their knowledge of their client's business an important attribute. Turnover creates problems in that it takes too much time to get a new team the knowledge necessary to be effective.

Risk Manager Survey  30 May 2007

Turnover at Marsh seemed to have the most negative responses among surveyed risk managers with the change the change in regional office heads in 1Q07 resulting in service issues with one risk manager.

Chart 5: Experience of Service Team Change



Source: UBS Survey

**What is your view on supplemental commissions (the replacement of contingent commissions)? Are you for or against them?**

Respondents were split on their view of supplemental commissions, the replacement for contingent commissions. Several of the respondents "against" supplemental commissions altogether feel they are no different than contingent commissions and only the client should be paying for the broker service to avoid conflicts of interest. One respondent went as far as to say supplemental commissions should be "outlawed" much in the same manner as contingent commissions.

Nearly all respondents that were agreeable with supplemental commissions included the caveat that they be disclosed. A few respondents noted they didn't see premiums go down when contingent commissions were eliminated; therefore, there's no benefit to them to eliminate supplemental commissions.

Chart 6: View of Supplemental Commissions



Source: UBS survey

■ **Statement of Risk**

An escalation in commercial insurance price competition could result in lower than anticipated revenues, pretax margins, and earnings for the insurance brokers.

■ **Analyst Certification**

Each research analyst primarily responsible for the content of this research report, in whole or in part, certifies that with respect to each security or issuer that the analyst covered in this report: (1) all of the views expressed accurately reflect his or her personal views about those securities or issuers; and (2) no part of his or her compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by that research analyst in the research report.

Risk Manager Survey  30 May 2007

## Required Disclosures

This report has been prepared by UBS Securities LLC, an affiliate of UBS AG (UBS).

For information on the ways in which UBS manages conflicts and maintains independence of its research product; historical performance information; and certain additional disclosures concerning UBS research recommendations, please visit www.ubs.com/disclosures.

### UBS Investment Research: Global Equity Ratings Definitions and Allocations

| UBS Rating | Definition | UBS Rating | Definition | Rating Category | Coverage[1] | IB Services[2] |
|---|---|---|---|---|---|---|
| Buy 1 | FSR is > 6% above the MRA, higher degree of predictability | Buy 2 | FSR is > 6% above the MRA, lower degree of predictability | Buy | 47% | 37% |
| Neutral 1 | FSR is between -6% and 6% of the MRA, higher degree of predictability | Neutral 2 | FSR is between -6% and 6% of the MRA, lower degree of predictability | Neutral | 42% | 36% |
| Reduce 1 | FSR is > 6% below the MRA, higher degree of predictability | Reduce 2 | FSR is > 6% below the MRA, lower degree of predictability | Sell | 12% | 28% |

1:Percentage of companies under coverage globally within this rating category.
2:Percentage of companies within this rating category for which investment banking (IB) services were provided within the past 12 months.

Source: UBS. Ratings allocations are as of 31 March 2007.

### KEY DEFINITIONS
**Forecast Stock Return (FSR)** is defined as expected percentage price appreciation plus gross dividend yield over the next 12 months.
**Market Return Assumption (MRA)** is defined as the one-year local market interest rate plus 5% (a proxy for, and not a forecast of, the equity risk premium).
**Predictability Level**  The predictability level indicates an analyst's conviction in the FSR. A predictability level of '1' means that the analyst's estimate of FSR is in the middle of a narrower, or smaller, range of possibilities. A predictability level of '2' means that the analyst's estimate of FSR is in the middle of a broader, or larger, range of possibilities.
**Under Review (UR)**  Stocks may be flagged as UR by the analyst, indicating that the stock's price target and/or rating are subject to possible change in the near term, usually in response to an  event that may affect the investment case or valuation.

### EXCEPTIONS AND SPECIAL CASES
**US Closed-End Fund ratings and definitions are:**   Buy: Higher stability of principal and higher stability of dividends; Neutral: Potential loss of principal, stability of dividend; Reduce: High potential for loss of principal and dividend risk.
**UK and European Investment Fund ratings and definitions are:**   Buy: Positive on factors such as structure, management, performance record, discount; Neutral: Neutral on factors such as structure, management, performance record, discount; Reduce: Negative on factors such as structure, management, performance record, discount.
**Core Banding Exceptions (CBE):**   Exceptions to the standard +/-6% bands may be granted by the Investment Review Committee (IRC). Factors considered by the IRC include the stock's volatility and the credit spread of the respective company's debt. As a result, stocks deemed to be very high or low risk may be subject to higher or lower bands as they relate to the rating. When such exceptions apply, they will be identified in the Companies Mentioned or Company Disclosure table in the relevant research piece.

Risk Manager Survey  30 May 2007

### Company Disclosures

| Company Name | Reuters | Rating | Price | Price date |
|---|---|---|---|---|
| Aon Corporation[16] | AOC.N | Buy 1 | US$42.49 | 25 May 2007 |
| Marsh & McLennan Companies, Inc.[2, 4, 5, 6, 16, 22] | MMC.N | Neutral 2 | US$33.13 | 25 May 2007 |
| Willis Group Holdings Limited[2, 4, 6, 7, 16] | WSH.N | Buy 1 | US$44.82 | 25 May 2007 |

Source: UBS. All prices as of local market close.
Ratings in this table are as of the date shown and do not reflect rating changes being announced in this report.

2.    UBS AG, its affiliates or subsidiaries has acted as manager/co-manager in the underwriting or placement of securities of this company/entity or one of its affiliates within the past three years.

4.    Within the past three years, UBS AG, its affiliates or subsidiaries has received compensation for investment banking services from this company/entity.

5.    UBS AG, its affiliates or subsidiaries expect to receive or intend to seek compensation for investment banking services from this company/entity within the next three months.

6.    This company/entity is, or within the past 12 months has been, a client of UBS Securities LLC, and non-securities services are being, or have been, provided.

7.    Within the past 12 months, UBS Securities LLC has received compensation for products and services other than investment banking services from this company/entity.

16.    UBS Securities LLC makes a market in the securities and/or ADRs of this company.

22.    UBS AG, its affiliates or subsidiaries held other significant financial interests in this company/entity as of last month's end (or the prior month's end if this report is dated less than 10 working days after the most recent month's end).

Unless otherwise indicated, please refer to the Valuation and Risk sections within the body of this report.

### Aon Corporation (US$)



Source: UBS; as of 25 May 2007

Risk Manager Survey  30 May 2007

**Marsh & McLennan Companies, Inc. (US$)**



Source: UBS; as of 25 May 2007

**Willis Group Holdings Limited (US$)**



Source: UBS; as of 25 May 2007

Note: On September 9, 2006, UBS adopted new percentage band criteria for its rating system. (See 'UBS Investment Research: Global Equity Ratings Definitions and Allocations' table for details).   Between October 13, 2003 and September 9, 2006 the percentage band criteria used in the rating system were: Buy 1: Excess return potential >15%, smaller range around price target; Buy 2: Excess return potential >15%, larger range around price target; Neutral 1: Excess return potential between -15% and 15%, smaller range around price target; Neutral 2: Excess return potential between -15% and 15%, larger range around price target; Reduce 1: Excess return potential < -15%, smaller range around price target; Reduce 2: Excess return potential < -15%, larger range around price target. Excess return is defined as the difference between the FSR and the one-year local market interest rate.

Risk Manager Survey  30 May 2007

## Global Disclaimer

This report has been prepared by UBS Securities LLC or an affiliate thereof ("UBS"). In certain countries UBS AG is referred to as UBS SA.

This report is for distribution only under such circumstances as may be permitted by applicable law. It has no regard to the specific investment objectives, financial situation or particular needs of any specific recipient and does not constitute a representation that any investment strategy is suitable or appropriate to a recipient's individual circumstances or otherwise constitute a personal recommendation. It is published solely for informational purposes, it does not constitute an advertisement and it is not to be construed as a solicitation or an offer to buy or sell any securities or related financial instruments in any jurisdiction. No representation or warranty, either express or implied, is provided in relation to the accuracy, completeness or reliability of the information contained herein, except with respect to information concerning UBS AG, its subsidiaries and affiliates, nor is it intended to be a complete statement or summary of the securities, markets or developments referred to in the report. The report should not be regarded by recipients as a substitute for the exercise of their own judgement. Any opinions expressed in this report are subject to change without notice and may differ or be contrary to opinions expressed by other business areas or groups of UBS as a result of using different assumptions and criteria. Research will initiate, update and cease coverage solely at the discretion of UBS Investment Bank Research Management. The analysis contained herein is based on numerous assumptions. Different assumptions could result in materially different results. The analyst(s) responsible for the preparation of this report may interact with trading desk personnel, sales personnel and other constituencies for the purpose of gathering, synthesizing and interpreting market information. UBS is under no obligation to update or keep current the information contained herein. UBS relies on information barriers to control the flow of information contained in one or more areas within UBS, into other areas, units, groups or affiliates of UBS. The compensation of the analyst who prepared this report is determined exclusively by research management and senior management (not including investment banking). Analyst compensation is not based on investment banking revenues, however, compensation may relate to the revenues of UBS Investment Bank as a whole, of which investment banking, sales and trading are a part.

The securities described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. Options, derivative products and futures are not suitable for all investors, and trading in these instruments is considered risky. Mortgage and asset-backed securities may involve a high degree of risk and may be highly volatile in response to fluctuations in interest rates and other market conditions. Past performance is not necessarily indicative of future results. Foreign currency rates of exchange may adversely affect the value, price or income of any security or related instrument mentioned in this report. For investment advice, trade execution or other enquiries, clients should contact their local sales representative. Neither UBS nor any of its affiliates, nor any of UBS' or any of its affiliates, directors, employees or agents accepts any liability for any loss or damage arising out of the use of all or any part of this report. Additional information will be made available upon request.

For financial instruments admitted to trading on an EU regulated market: UBS AG, its affiliates or subsidiaries (excluding UBS Securities LLC and/or UBS Capital Markets LP) acts as a market maker or liquidity provider (in accordance with the interpretation of these terms in the UK) in the financial instruments of the issuer save that where the activity of liquidity provider is carried out in accordance with the definition given to it by the laws and regulations of any other EU jurisdictions, such information is separately disclosed in this research report.

United Kingdom and the rest of Europe: Except as otherwise specified herein, this material is communicated by UBS Limited, a subsidiary of UBS AG, to persons who are market counterparties or intermediate customers (as detailed in the FSA Rules) and is only available to such persons. The information contained herein does not apply to, and should not be relied upon by, private customers. UBS Limited is authorised and regulated by the Financial Services Authority. France: Prepared by UBS Limited and distributed by UBS Limited and UBS Securities France SA. UBS Securities France S.A. is regulated by the Autorité des Marchés Financiers (AMF). Where an analyst of UBS Securities France S.A. has contributed to this report, the report is also deemed to have been prepared by UBS Securities France S.A. Germany: Prepared by UBS Limited and distributed by UBS Limited and UBS Deutschland AG. UBS Deutschland AG is regulated by the Bundesanstalt fur Finanzdienstleistungsaufsicht (BaFin). Spain: Prepared by UBS Limited and distributed by UBS Limited and UBS Securities España SV, SA. UBS Securities España SV, SA is regulated by the Comisión Nacional del Mercado de Valores (CNMV). Turkey: Prepared by UBS Menkul Degerler AS on behalf of and distributed by UBS Limited. Russia: Prepared and distributed by the Moscow Representative Office of UBS Cyprus Moscow Limited. Switzerland: Distributed by UBS AG to persons who are institutional investors only. Italy: Prepared by UBS Limited and distributed by UBS Limited and UBS Italia Sim S.p.A.. UBS Italia Sim S.p.A. is regulated by the Bank of Italy and by the Commissione Nazionale per le Società e la Borsa (CONSOB). Where an analyst of UBS Italia Sim S.p.A. has contributed to this report, the report is also deemed to have been prepared by UBS Italia Sim S.p.A.. South Africa: UBS South Africa (Pty) Limited (Registration No. 1995/011140/07) is a member of the JSE Limited, the South African Futures Exchange and the Bond Exchange of South Africa. UBS South Africa (Pty) Limited is an authorised Financial Services Provider. Details of its postal and physical address and a list of its directors are available on request or may be accessed at http:www.ubs.co.za. United States: Distributed to US persons by either UBS Securities LLC or by UBS Financial Services Inc., subsidiaries of UBS AG; or by a group, subsidiary or affiliate of UBS AG that is not registered as a US broker-dealer (a "non-US affiliate"), to major US institutional investors only. UBS Securities LLC or UBS Financial Services Inc. accepts responsibility for the content of a report prepared by another non-US affiliate when distributed to US persons by UBS Securities LLC or UBS Financial Services Inc. All transactions by a US person in the securities mentioned in this report must be effected through UBS Securities LLC or UBS Financial Services Inc., and not through a non-US affiliate. Canada: Distributed by UBS Securities Canada Inc., a subsidiary of UBS AG and a member of the principal Canadian stock exchanges & CIPF. A statement of its financial condition and a list of its directors and senior officers will be provided upon request. Hong Kong: Distributed by UBS Securities Asia Limited. Singapore: Distributed by UBS Securities Pte. Ltd or UBS AG, Singapore Branch. Japan: Distributed by UBS Securities Japan Ltd to institutional investors only. Australia: Distributed by UBS AG (Holder of Australian Financial Services Licence No. 231087) and UBS Securities Australia Ltd (Holder of Australian Financial Services Licence No. 231098) only to "Wholesale" clients as defined by s761G of the Corporations Act 2001. New Zealand: Distributed by UBS New Zealand Ltd.

The disclosures contained in research reports produced by UBS Ltd shall be governed by and construed in accordance with English law.

© 2007 UBS. All rights reserved. This report may not be reproduced or redistributed, in whole or in part, without the written permission of UBS and UBS accepts no liability whatsoever for the actions of third parties in this respect.

 **UBS**

# EXHIBIT 11

FORM 269C1



# IN THE COURT OF APPEAL, CIVIL DIVISION

REF: A3/2007/1257

Her Majesty's
Court of Appeal
19 JUN 2007

CLAIM NO 2074

Samengo-Turner & Ors    –v–    Marsh Services Limited & Ors

## ORDER made by the Rt. Hon. Lord Justice Rix

On consideration of the appellant's notice and accompanying documents, but without an oral hearing, in respect of an application for permission to appeal

**Decision:** granted, refused, adjourned.  An order granting permission may limit the issues to be heard or be made subject to conditions.

PTA granted. Expedition granted. Any request for interim relief to be heard on notice.

**Reasons**

The appellants' skeleton raises issues which merit being addressed on appeal.

**Information for or directions to the parties**

The appeal should be expedited. The appellants may refer to Ms Katherine Payne's 4th witness statement and exhibit. If the appellants seek any further interim relief in respect of the New York proceedings, their application should be heard on notice, with immediate expedition. Subject to that, the parties to advise the Civil Appeals Office of the immediacy of any need for the hearing of the appeal. The respondents to file a skeleton argument in time for the hearing of the appeal; and in any event by Friday 22 June.

**Where permission has been granted, or the application adjourned**
a)  time estimate (excluding judgment) 1 day
b)  any expedition Yes, see above.

Signed: *BIR*
Date: 19 June 2007

*By the Court*

**Notes**
(1)  Rule 52.3(6) provides that permission to appeal may be given only where—
    a)  the Court considers that the appeal would have a real prospect of success; or
    b)  there is some other compelling reason why the appeal should be heard.
(2)  Rule 52.3(4) and (5) provide that where the appeal court, without a hearing, refuses permission to appeal that decision may be reconsidered at a hearing, provided that the request for such a hearing is filed in writing within 7 days after service of the notice that permission has been refused. Note the requirement imposed on advocates by paragraph 4.14A of the Practice Direction.
(3)  Where permission to appeal has been granted, the appeal bundle must be served on the respondents within 7 days of receiving this order (see para. 6.2 of the Practice Direction to CPR Part 52). A letter of notification will be sent to the appellant or his solicitors, as soon as practicable (see para. 6.3).

Case Number:

# EXHIBIT 12



**CIVIL APPEALS OFFICE**
Royal Courts of Justice
Strand, London WC2A 2LL

DX 44450 STRAND

**Telephone** 020 7947 6195/6917
**Fax**        020 7947 6621

RNID Typetalk 18001 (Text) 18002 (Voice)
(Helplines for the deaf and hard of hearing)
http://www.civilappeals.gov.uk

Messrs Elborne Mitchell
Dx 1063
London-City

DATE:          **20 JUNE 2007**

YOUR REF:      30947/KCP/RHJ

OUR REF:       A3/2007/1257

Dear

Re:    Samengo-Turner & Ors v Marsh Services Limited & Ors

I am writing to notify you that the hearing of this appeal under the reference A3/2007/1257 will take place at the Royal Courts of Justice, Strand, London, WC2 on **6th July 2007**. You will receive no further notice of that hearing date. The hearing will take place in a courtroom open to the public with notice to any other party.

If you have access to the Internet you must check the Daily Cause List on our website (www.hmcourts-service.gov.uk) after 2.30pm on the working day before the hearing date to confirm the courtroom number and the time at which you should attend.

If you do not have Internet access you should telephone this office after 2.30pm on the working day before for details of the hearing.

**Disposal of Bundles:** After the hearing one set of the documents may be taken by the official transcriber and will not be returned. Any remaining sets should be collected at the end of the hearing. Those not taken will be destroyed by the Civil Appeals Office after 21 days. You may collect them from the Civil Appeals Office Registry before that date only if an appointment is made in advance.

Yours

I Gergely
Listing Office

civilappeals.listing@hmcourts-service.gsi.gov.uk

# EXHIBIT 13

# CAHILL GORDON & REINDEL LLP
## EIGHTY PINE STREET
### NEW YORK, N.Y. 10005-1702

FLOYD ABRAMS
L. HOWARD ADAMS
ROBERT A. ALESSI
ROGER ANDRUS
HELENE R. BANKS
MICHAEL A. BECKER
LANDIS C. BEST
GARY A. BROOKS
SUSAN BUCKLEY
KEVIN J. BURKE
JAMES J. CLARK
BENJAMIN J. COHEN
CHRISTOPHER T. COX
W. LESLIE DUFFY
ADAM M. DWORKIN
RICHARD E. FARLEY
PATRICIA FARREN
JOAN MURTAGH FRANKEL
BART FRIEDMAN
CIRO A. GAMBONI
WILLIAM B. GANNETT
CHARLES A. GILMAN
STEPHEN A. GREENE

ROBERT M. HALLMAN
WILLIAM M. HARTNETT
CRAIG M. HOROWITZ
DAVID G. JANUSZEWSKI
ELAI KATZ
THOMAS J. KAVALER
DAVID N. KELLEY
EDWARD P. KRUGMAN
JOEL KURTZBERG
ALIZA R. LEVINE
GEOFFREY E. LIEBMANN
MICHAEL MACRIS
ANN S. MAKICH
JONATHAN I. MARK
GERARD M. MEISTRELL
MICHAEL E. MICHETTI
ATHY A. MOBILIA
NOAH B. NEWITZ
MICHAEL J. OHLER
KENNETH W. ORCE
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER

TELEPHONE: (212) 701-3000
FACSIMILE: (212) 269-5420

———

1990 K STREET, N.W.
WASHINGTON, D.C. 20006-1181
(202) 862-8900
FAX: (202) 862-8958

———

AUGUSTINE HOUSE
6A AUSTIN FRIARS
LONDON, ENGLAND EC2N 2HA
(011) 44.20.7920.9800
FAX: (011) 44.20.7920.9825

———

WRITER'S DIRECT NUMBER

(212) 701-3474

ROY L. REGOZIN
DEAN RINGEL
JAMES ROBINSON
THORN ROSENTHAL
JONATHAN A. SCHAFFZIN
JOHN SCHUSTER
MICHAEL A. SHERMAN
DARREN SILVER
HOWARD G. SLOANE
LAURENCE T. SORKIN
LEONARD A. SPIVAK
SUSANNA M. SUH
GERALD S. TANENBAUM
JONATHAN D. THIER
JOHN A. TRIPODORO
ROBERT USADI
GEORGE WAILAND
GLENN J. WALDRIP, JR.
MICHAEL B. WEISS
S. PENNY WINDLE
DANIEL J. ZUBKOFF
ADAM ZUROFSKY

SENIOR COUNSEL
WALTER C. CLIFF
LAWRENCE A. KOBRIN
IMMANUEL KOHN
WILLIAM T. LIFLAND
DONALD J. MULVIHILL
IRWIN SCHNEIDERMAN
JOHN R. VAUGHAN
GARY W. WOLF

COUNSEL
CORYDON B. DUNHAM
JAY GEIGER
RAND McQUINN*

*ADMITTED IN
DC, TX, VA ONLY

June 20, 2007

Re: *Guy Carpenter & Company LLC v.
Samengo-Turner*, No. 07 Civ. 3580 (DC) (SDNY)

Dear Barry:

    I write in response to your June 20 email to me. Therein, you stated that you "have many objections to ... [the] proposed protective order," but declined to identify any of your objections or engage in any discussion thereof — thereby ensuring that the Stipulated Protective Order could not be finalized today.

    In accordance with the request made in your June 20 email, and as discussed during our conversation on Monday (as memorialized in my emails to you dated June 18 and 19, 2007), we have produced herewith non-privileged, responsive documents collected to date from paper files (bearing production numbers I-0000001 through I-0000123), which we do not presently anticipate designating "Confidential" or "Highly Confidential." Please note, however, that pursuant to Paragraph 2 of the draft Stipulated Protective Order that we forwarded to you yesterday, we expressly reserve the right to designate these documents "Confidential" or "Highly Confidential" at a later time.

                    Regards,

                    *Jason Otto*

                    Jason A. Otto

Cᴀʜɪʟʟ Gᴏʀᴅᴏɴ & Rᴇɪɴᴅᴇʟ ʟʟᴘ

-2-

Barry H. Berke, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

[Enclosures]

**BY HAND**

cc:    John Barry, Esq.
       Robert A. Alessi, Esq.
       Mary Cait Curran, Esq.

# EXHIBIT 14

## CAHILL GORDON & REINDEL LLP

### EIGHTY PINE STREET
### NEW YORK, N.Y. 10005-1702

FLOYD ABRAMS
L. HOWARD ADAMS
ROBERT A. ALESSI
ROGER ANDRUS
HELENE R. BANKS
MICHAEL A. BECKER
LANDIS C. BEST
GARY A. BROOKS
SUSAN BUCKLEY
KEVIN J. BURKE
JAMES J. CLARK
BENJAMIN J. COHEN
CHRISTOPHER T. COX
W. LESLIE DUFFY
ADAM M. DWORKIN
RICHARD E. FARLEY
PATRICIA FARREN
JOAN MURTAGH FRANKEL
BART FRIEDMAN
CIRO A. GAMBONI
WILLIAM B. GANNETT
CHARLES A. GILMAN
STEPHEN A. GREENE

ROBERT M. HALLMAN
WILLIAM M. HARTNETT
CRAIG M. HOROWITZ
DAVID G. JANUSZEWSKI
ELAI KATZ
THOMAS J. KAVALER
DAVID N. KELLEY
EDWARD P. KRUGMAN
JOEL KURTZBERG
ALIZA R. LEVINE
GEOFFREY E. LIEBMANN
MICHAEL MACRIS
ANN S. MAKICH
JONATHAN I. MARK
GERARD M. MEISTRELL
MICHAEL E. MICHETTI
ATHY A. MOBILIA
NOAH B. NEWITZ
MICHAEL J. OHLER
KENNETH W. ORCE
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER

TELEPHONE: (212) 701-3000
FACSIMILE: (212) 269-5420

———

1990 K STREET, N.W.
WASHINGTON, D.C. 20006-1181
(202) 862-8900
FAX: (202) 862-8958

———

AUGUSTINE HOUSE
6A AUSTIN FRIARS
LONDON, ENGLAND EC2N 2HA
(011) 44.20.7920.9800
FAX: (011) 44.20.7920.9825

———

WRITER'S DIRECT NUMBER

(212) 701-3474

ROY L. REGOZIN
DEAN RINGEL
JAMES ROBINSON
THORN ROSENTHAL
JONATHAN A. SCHAFFZIN
JOHN SCHUSTER
MICHAEL A. SHERMAN
DARREN SILVER
HOWARD G. SLOANE
LAURENCE T. SORKIN
LEONARD A. SPIVAK
SUSANNA M. SUH
GERALD S. TANENBAUM
JONATHAN D. THIER
JOHN A. TRIPODORO
ROBERT USADI
GEORGE WAILAND
GLENN J. WALDRIP, JR.
MICHAEL B. WEISS
S. PENNY WINDLE
DANIEL J. ZUBKOFF
ADAM ZUROFSKY

SENIOR COUNSEL

WALTER C. CLIFF
LAWRENCE A. KOBRIN
IMMANUEL KOHN
WILLIAM T. LIFLAND
DONALD J. MULVIHILL
IRWIN SCHNEIDERMAN
JOHN R. VAUGHAN
GARY W. WOLF

COUNSEL

CORYDON B. DUNHAM
JAY GEIGER
RAND McQUINN*

*ADMITTED IN
DC, TX, VA ONLY

June 21, 2007

Re: *Guy Carpenter & Company LLC v.
Samengo-Turner,* No. 07 Civ. 3580 (DC) (SDNY)

Dear Barry:

Enclosed please find a document bearing production numbers I-0000124 through I-0000128 which was inadvertently excluded from our June 20 document production due to our rush to accommodate your request that we produce documents by the close of business yesterday. To ensure your timely receipt of the enclosed document, we are herewith e-mailing it to you and your partner, Robert Holtzman, as well as to counsel for defendants.

Regards,

Jason A. Otto

Barry H. Berke, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

[Enclosures]

**VIA E-MAIL & U.S MAIL**

CAHILL GORDON & REINDEL LLP

-2-

cc:    Robert N. Holtzman, Esq.
       John Barry, Esq.
       Robert A. Alessi, Esq.
       Mary Cait Curran, Esq.

# EXHIBIT 15

# CAHILL GORDON & REINDEL LLP

## EIGHTY PINE STREET

### NEW YORK, N.Y. 10005-1702

FLOYD ABRAMS
L. HOWARD ADAMS
ROBERT A. ALESSI
ROGER ANDRUS
HELENE R. BANKS
MICHAEL A. BECKER
LANDIS C. BEST
GARY A. BROOKS
SUSAN BUCKLEY
JAMES J. CLARK
KEVIN J. BURKE
BENJAMIN J. COHEN
CHRISTOPHER T. COX
W. LESLIE DUFFY
ADAM M. DWORKIN
RICHARD E. FARLEY
PATRICIA FARREN
JOAN MURTAGH FRANKEL
BART FRIEDMAN
CIRO A. GAMBONI
WILLIAM B. GANNETT
CHARLES A. GILMAN
STEPHEN A. GREENE

ROBERT M. HALLMAN
WILLIAM M. HARTNETT
CRAIG M. HOROWITZ
DAVID G. JANUSZEWSKI
ELAI KATZ
THOMAS J. KAVALER
DAVID N. KELLEY
EDWARD P. KRUGMAN
JOEL KURTZBERG
ALIZA R. LEVINE
GEOFFREY E. LIEBMANN
MICHAEL MACRIS
ANN S. MAKICH
JONATHAN I. MARK
GERARD M. MEISTRELL
MICHAEL E. MICHETTI
ATHY A. MOBILIA
NOAH B. NEWITZ
MICHAEL J. OHLER
KENNETH W. ORCE
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER

TELEPHONE: (212) 701-3000
FACSIMILE: (212) 269-5420

———

1990 K STREET, N.W.
WASHINGTON, D.C. 20006-1181
(202) 862-8900
FAX: (202) 862-8958

———

AUGUSTINE HOUSE
6A AUSTIN FRIARS
LONDON, ENGLAND EC2N 2HA
(011) 44.20.7920.9800
FAX: (011) 44.20.7920.9825

———

WRITER'S DIRECT NUMBER

(212) 701-3474

ROY L. REGOZIN
DEAN RINGEL
JAMES ROBINSON
THORN ROSENTHAL
JONATHAN A. SCHAFFZIN
JOHN SCHUSTER
MICHAEL A. SHERMAN
DARREN SILVER
HOWARD G. SLOANE
LAURENCE T. SORKIN
LEONARD A. SPIVAK
SUSANNA M. SUH
GERALD S. TANENBAUM
JONATHAN D. THIER
JOHN A. TRIPODORO
ROBERT USADI
GEORGE WAILAND
GLENN J. WALDRIP, JR.
MICHAEL B. WEISS
S. PENNY WINDLE
DANIEL J. ZUBKOFF
ADAM ZUROFSKY

SENIOR COUNSEL

WALTER C. CLIFF
LAWRENCE A. KOBRIN
IMMANUEL KOHN
WILLIAM T. LIFLAND
DONALD J. MULVIHILL
IRWIN SCHNEIDERMAN
JOHN R. VAUGHAN
GARY W. WOLF

COUNSEL

CORYDON B. DUNHAM
JAY GEIGER
RAND McQUINN*

*ADMITTED IN
DC, TX, VA ONLY

June 27, 2007

Re: *Guy Carpenter & Company LLC v.*
    *Samengo-Turner*, No. 07 Civ. 3580 (DC) (SDNY)

Dear Steven:

   In accordance with your June 26, 2007 email (and our prior correspondence in this matter), we have produced herewith non-privileged, responsive documents collected to date from electronic files (bearing production numbers I-0000129 through I-0000409), which we do not presently anticipate designating "Confidential" or "Highly Confidential." Please note, however, that pursuant to Paragraph 2 of the draft Stipulated Protective Order that we forwarded to you previously, we expressly reserve the right to designate these documents "Confidential" or "Highly Confidential" at a later time.

   Also included is a replacement copy of the previously-produced Integro document bearing production number I-0000125.

                                          Regards,

                                          Jason A. Otto

Steven M. Knecht, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

[Enclosures]

CAHILL GORDON & REINDEL LLP

-2-

**BY HAND**

cc:    John Barry, Esq.
       Robert A. Alessi, Esq.
       Mary Cait Curran, Esq.

# EXHIBIT 16



TERMS & CONDITIONS |

**Home**   **Publications**   **Documents**   **About Us**   **Links**   **Regis**

**Your Profile**

You are logged in as
**Maria Boboris**

» Edit profile
» View subscriptions
» **Logout**

**Latest Issue**

▪ **The Insurance Insider**
Monthly newsletter with exclusive coverage of the London and International (re) insurance markets.

▪ **Insider Week**
Weekly electronic bulletin with in-depth analysis and commentary.

▪ **Insider Quarterly**
Feature driven quarterly magazine with an international view on industry issues.

**Executive Briefings**

▪ Click here to download The Insurance Insider's latest Executive Briefing.

*The Insurance Insider* » **Guy Carpenter recruits Benfield's Chris Klein**

✉ E-mail this to a friend

*Published on 27 June 2007*

Guy Carpenter has swooped for Chris Klein, the head of rival Benfield Group's counterparty risk unit.

Klein, who will join Guy Carpenter on the 1 November, has been a leading member of Benfield's well-regarded analytics division, ReMetrics, and is a former analyst with Fitch Ratings.

Klein is the most recent, former Benfield executive to join Guy Carpenter following the arrival of chief executive David Spiller in 2005. Last month, the MMC subsidiary appointed the erstwhile Benfield employee Charlie Fry to head up the firm's global operations.

Separately, Lloyd's confirmed today that it has signed a five-year deal with Benfield to licence its financial risks modelling tool, ReMetrica.

[ View This Issue ]

**Associated Articles**

→ **25.June.07** Guy Carpenter to mandate ECF
→ **25.June.07** Brit follows Catlin with CDO cat hedge
→ **25.June.07** NMB launches capital markets division
→ **25.June.07** Carrier quits as Kiln reshuffles

**Insider Publishing Limited** - 2nd Floor Asia House, 31-33 Lime Street, London, EC3M 7HT. United Kingdom.

Insider Publishing Limited actively monitors usage of our website and products and reserves the right to terminate accounts if abuse occurs. The content of this website is copyright of Insider Publishing Limited 2006. All rights reserved.