UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
GUY CARPENTER & COMPANY, LLC and : 
MARSH & MCLENNAN COMPANIES, INC., :     Hon. Denise Cote
:
                      Plaintiffs, :     Case No.: 07 Civ. 3580 (DC)
  -against- :
:
JULIAN SAMENGO-TURNER, RON WHYTE, :
and MARCUS HOPKINS, :
:
                      Defendants. :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Mary Cait Curran, do hereby certify that:

1. I am associated with the law firm of Cahill Gordon & Reindel LLP, counsel for non-parties Integro USA Inc., Roger Egan and John Clements (collectively, the "Integro Non-Parties").

2. On this fifth day of July, 2007, I served upon respective counsel of record in the above-captioned action copies of (a) "The Integro Non-Parties' Notice of Motion to Quash or, in the Alternative, Modify Deposition Subpoenas," (b) "Memorandum of Law of Non-Parties Integro USA Inc., Roger Egan and John Clements in Support of Their Motion to Quash or, in the Alternative, Modify Deposition Subpoenas" and (c) "Affidavit of Robert A. Alessi, Esq. in Support of the Integro Non-Parties' Motion to Quash or, in the Alternative, Modify Deposition Subpoenas" by causing said copies to be delivered by hand to the following addresses:

Robert N. Holtzman, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

Attorneys for Plaintiffs

John P. Barry, Esq.
Proskauer Rose LLP
One Newark Center
18th Floor
Newark, NJ 07102-5211

Attorneys for Defendants

*Mary Cait Curran* (signature)
Mary Cait Curran