CAROL M. GOODMAN (CG-2565)
MARNI WEISS (MW-3353)
HERRICK, FEINSTEIN LLP
Attorneys for Defendants
2 Park Avenue
New York, NY 10016
(212) 592-1400

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUY CARPENTER & COMPANY, LLC and
MARSH & McLENNAN COMPANIES, INC.,

    Plaintiffs,

-against-

JULIAN SAMENGO-TURNER, RON WHYTE, and
MARCUS HOPKINS,

    Defendants.

Civil Action No. 07 CV 3580 (DLC)

STIPULATION

---

IT IS HEREBY STIPULATED AND AGREED that HERRICK, FEINSTEIN LLP, having an office at 2 Park Avenue, New York, New York 10016, shall be substituted as counsel of record for the law firm Proskauer Rose LLP as counsel of record for Defendants Julian Samengo-Turner, Ron Whyte, and Marcus Hopkins in the above-captioned action.

So ordered.

*[signature]* Denise Cote
July 12, 2007

Dated: New York, NY
July 11, 2007

HERRICK, FEINSTEIN LLP

By: _____
Carol Goodman, Esq. (CG 2565)
Marni Weiss, Esq. (MW 3353)
Substituting Counsel for Defendants
2 Park Avenue
New York, NY 10016
(212) 592-1400

PROSKAUER ROSE LLP

By: _____
John P. Barry, Esq. (JB 6489)
Mark A. Saloman, Esq. (MS 5764)
Counsel for Defendants
One Newark Center, 18th Floor
Newark, New Jersey 07102
973-274-3200

SO ORDERED:

_____
U.S.D.J.

2

HF 3713474v.1 #99999/1000 07/10/2007 04:32 PM