(OTE, J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

GUY CARPENTER & COMPANY, LLC and
MARSH & McLENNAN COMPANIES, INC.,

    Plaintiffs,

  - against -

JULIAN SAMENGO-TURNER, RON WHYTE,
and MARCUS HOPKINS,

    Defendants.

------------------------------------x

07 Civ. 3580 (DE) (KNF)

Notice of Voluntary Dismissal
Pursuant to
Fed. R. Civ. P. 41(a)(1)(i)

  PLEASE TAKE NOTICE that, defendants having neither answered nor moved for summary judgment, plaintiffs Guy Carpenter & Company, LLC, formerly Guy Carpenter & Company, Inc., and Marsh & McLennan Companies, Inc. hereby dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

Dated: New York, New York
   July 12, 2007

      KRAMER LEVIN NAFTALIS & FRANKEL LLP

      By: _____
       Barry H. Berke (BB-1421)
       Robert N. Holtzman (RH-9525)
       Steven M. Knecht (SK-8404)
      1177 Avenue of the Americas
      New York, New York 10036
      (212) 715-9100

      Attorneys for Plaintiffs

SO ORDERED:

_____
U.S.D.J.
July 12, 2007